UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

IN ADMIRALTY

CASE NO. **00-6072 CIV-ZLOCH**

MAGISTRATE JUDGE SELTZER

YACHTS EAST, INC.,
A Florida Corporation,

    Plaintiff,

vs.

*M/V Enterprise*, her
engines, tackle, apparel
and other appurtenances,
*in rem*, and CO ENTERPRISE,
LTD. and CHARLES OSBORN,
*in personam*,

    Defendants.
_____/

## VERIFIED COMPLAINT

The Plaintiff, YACHTS EAST, INC., by and through his undersigned counsel, files this Complaint against the motor vessel *Enterprise*, her engines, tackle, apparel and other appurtenances, *in rem*, CO ENTERPRISE, LTD. and CHARLES OSBORN, *in personam* and states:

1. This is a cause of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within the jurisdiction of this Court pursuant to 46 U.S.C. §31301 *et seq.*

2. At all material times, the Plaintiff, YACHTS EAST, INC., is a Florida corporation with its principal place of business located at 2955 State Road 84, Fort Lauderdale, Florida



33312.

3. At all material times herein, the Defendant vessel *Enterprise* is a 1996, 70 foot Neptunus motor vessel, Hull Identification Number NEPT-700 1F096, engine serial numbers 16VF02858 and 16VF01286, is and will be during the pendency of this action within the Southern District of Florida.

4. At all material times herein, upon information and belief, the Defendant CO ENTERPRISE, LTD. is a foreign corporation and the owner, operator, agent and/or charterer of the Defendant vessel *Enterprise* and authorized the work referred to in Plaintiffs invoice, Exhibit "1," hereto, to be preformed.

5. At all material times herein, upon information and belief, the Defendant CHARLES OSBORN is a U.S. Citizen and a resident of Oklahoma and the owner and operator of the Defendant vessel *Enterprise* and signed a work order and ship repair contract with Plaintiff providing for attorney's fees and costs for collecting unpaid balances, such as shown in Exhibit "1."

6. On or about July 8, 1999 - September 2, 1999, Plaintiff provided necessaries to the Defendant vessel, to-wit: repair services, labor and materials upon the order of the vessel's owner, operator or charterer Defendant CHARLES OSBORN. Plaintiff's services for the Defendant vessel are in accordance with the exhibit hereto attached and incorporated by reference, as Plaintiff's Exhibit "1," Yachts East, Inc.'s invoice #50475-7.

7. Defendant vessel *Enterprise* has failed to pay for these services at Plaintiff's office in Fort Lauderdale, Florida in the total amount of Sixteen Thousand Eighty-Three and 08/100 Dollars ($16,083.08), despite repeated demand for payment of the invoice submitted to the Defendant vessel *Enterprise* and/or her owners, agents or charterers.

WHEREFORE, the Plaintiff, YACHTS EAST, INC., prays for the following:

a) That process issue against the *M/V Enterprise*, her engines, tackle, apparel, etc., *in rem*;

b) That all persons having or claiming an interest therein may be required to appear and answer the aforesaid matters;

c) That the Plaintiff be decreed to have a lien upon the Defendant vessel described herein and that such lien be foreclosed in accordance with law and thereupon that the vessel be condemned and sold in payment of the amount due and all such other sums are owed, and that the Plaintiff be permitted to bid the amount of its lien at the sale of the vessel;

d) That this Court further award Plaintiff the total amount due, pre-judgment interest, costs and attorney's fees pursuant to the work order and F.S. §57.105 and ship repair contract, and that Plaintiff be permitted to recover same from Defendant vessel *in rem* and the *in personam* Defendants.

DATED this 13th day of January 2000.

JAMES W. STROUP, P.A.
Attorneys for Plaintiff
119 Southeast 12th Street
Fort Lauderdale, FL 33316
(954) 462-8808; fax 462-0278

BY: _____
JAMES W. STROUP
Florida Bar No. 0842117

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____DIVISION

IN ADMIRALTY

CASE NO.

YACHTS EAST, INC.,
A Florida Corporation,

    Plaintiff,

vs.

*M/V Enterprise*, her engines,
tackle, apparel, and other
appurtenances, *in rem*, and
ENTERPRISES, LTD.,
*in personam*,

    Defendants.
_____/

**VERIFICATION**

STATE OF FLORIDA    )
                           ) SS
COUNTY OF BROWARD  )

    STEWART DONALDSON, being duly sworn deposes and states:

    1.    I am the President of YACHTS EAST, INC., the Plaintiff herein.

    2.    I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to the best of my own knowledge upon information and belief.

    3.    The reason that I make this verification is that YACHTS EAST, INC. is a corporation and I am its President.

    4.    The sources of my information and the grounds of my belief as to all matters

stated in the Verified Complaint and based upon reports made to me by employees and the records of the corporation for which I have been authorized to make these representations.

YACHTS EAST, INC.

By: _____
STEWART DONALDSON, President

SWORN TO AND SUBSCRIBED, before me, the undersigned authority, this 6th day of January 2000, by STEWART DONALDSON as President of YACHTS EAST, INC., who is personally known to me ~~or produced~~ _____ ~~as identification~~.

_Wendy Williams_
Notary Public (signature)

WENDY WILLIAMS
Notary Public (typed or printed)

My Commission Expires:



WENDY WILLIAMS
MY COMMISSION # CC 648489
EXPIRES: September 12, 2001
Bonded Thru Notary Public Underwriters

# YACHTS EAST, INC.

## WARRANTY/INSURANCE POLICIES

We at Yachts East, Inc. provide services to repair and maintain yachts. A vessel at our location, expecting warranty services must have in writing an approved work order from the warranty manufacturer before the inception of services. If other warranty items surface during the approved services, those also must be added into a signed work order before work will commence.

Payment in full, including parts, labor and dockage will be expected before the release of the vessel. Our relationship is with you the owner, not your insurance company or vessel manufacturer. You will be liable for all invoices except where we are able to bill the manufacturer directly. Further, dockage, captain's and mates fees are not covered by warranty and are the sole responsibility of the owner. You will also be liable for any work that is rejected by the manufacturer or insurance company.

Agreed and Accepted:

_____    _____
Vessel Owner (Authorized Representative)                Date

# YACHTS EAST, INC.
## Work Order & Ship Repair Contract

| Vessel: Enterprise | | Date: 6/7/99 |
|---|---|---|
| Owner: Charles Osborne | Phone | Fax: |
| Address: | | |

| Job No. | Description of Work | Job Code |
|---|---|---|
| 1 | Haul, launch, block, laydays, dockage, cover, protect, clean | |
| 2 | Repair stbd crack below water line. | |
| 3 | Repair stbd trim tab & indicators | |
| 4 | Port head - water does not stop running | |
| 5 | Fly bridge - stern thruster switch not functional | |
| 6 | Replace Northstar GPS & cigarette lighter on Flybridge | |
| 7 | Replace anchor windlass chain with correct size | |
| 8 | Find or replace brake bar for windlass | |
| 9 | Wax Hull | |
| 10 | Install spare props in port garage | |
| 11 | Flush & prove clean fresh water tank, install filter if necessary | |
| 12 | Wash Boat | |

It is understood that the above prices are subject to Florida State Sales Tax where applicable. Receipt of a copy of this Work Order is hereby acknowledged. Labor rates are $32.5/hour for cleaning and $52.5/hour for all other work. Labor rates do not include dockage or travel time. All work will be invoiced on a weekly basis. Invoices are due upon receipt. Any invoice that is not paid within 30 days will be subject to a 1½% Finance Charge and will be liable to collection proceedings that may be reflected on your credit report. We regret that our insurance company will not allow persons to live aboard any vessel while under this contract.

_____  6/14/99  _____
Owner or Authorized Representative    Date    Yachts East Inc.         Date

# YACHTS EAST, INC.

## WARRANTY/INSURANCE POLICIES

We at Yachts East, Inc. provide services to repair and maintain yachts. A vessel at our location, expecting warranty services must have in writing an approved work order from the warranty manufacturer before the inception of services. If other warranty items surface during the approved services, those also must be added into a signed work order before work will commence.

Payment in full, including parts, labor and dockage will be expected before the release of the vessel. Our relationship is with you the owner, not your insurance company or vessel manufacturer. You will be liable for all invoices except where we are able to bill the manufacturer directly. Further, dockage, captain's and mates fees are not covered by warranty and are the sole responsibility of the owner. You will also be liable for any work that is rejected by the manufacturer or insurance company.

Agreed and Accepted:

_____        6-9-99
Vessel Owner (Authorized Representative)        Date

## YACHTS EAST, INC.
### Work Order & Ship Repair Contract

| Vessel: Enterprise | | Date: 6/7/99 |
|---|---|---|
| Owner: Charles Osborne | Phone: | Fax: |
| Address: | | |

| Job No. | Description of Work | Job Code |
|---|---|---|
| 1 | Haul, launch, block, laydays, dockage, cover, protect, clean | |
| 2 | Repair stbd crack below water line. | |
| 3 | Repair stbd trim tab & indicators | |
| 4 | Port head - water does not stop running   OK | |
| 5 | Fly bridge - stern thruster switch not functional | |
| 6 | Replace Northstar GPS & cigarette lighter on Flybridge | |
| 7 | Replace anchor windlass chain with correct size   or chain pull | |
| 8 | Find or replace brake bar for windlass | |
| 9 | Wax Hull & Topsides | |
| 10 | Install spare props in port garage | |
| 11 | Flush & prove clean fresh water tank, install filter if necessary | |
| 12 | Wash Boat | |

It is understood that the above prices are subject to Florida State Sales Tax where applicable. Receipt of a copy of this Work Order is hereby acknowledged. Labor rates are $32.5/hour for cleaning and $32.5/hour for all other work. Labor rates do not include dockage or travel time. All work will be invoiced on a weekly basis. Invoices are due upon receipt. Any invoice that is not paid within 30 days will be subject to a 1½% Finance Charge and will be liable to collection proceedings that may be reflected on your credit report. We regret that our insurance company will not allow persons to live aboard any vessel while under this contract.

_____   _____   6-9-99
Owner or Authorized Representative   Date   Yachts East Inc.           Date

# CIVIL COVER SHEET

**00-6072**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-ZLOCH**

**a) PLAINTIFFS**
Yachts East, Inc.

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**DEFENDANTS**
M/V Enterprise, in rem, CO Enterprise Ltd. and Charles Osborn, in personam,

MAGISTRATE JUDGE

**COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Oklahoma
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
James W. Stroup, PA, 119 SE 12th Street
Ft. Laud., FL 33316  954-462-8808

**ATTORNEYS (IF KNOWN)**

**CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** — [X] 3. Federal Question

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)

**CAUSE OF ACTION:**
Maritime Lien for Necessaries - FedRCivP 9(h) and 46 USC §31301 et seq.

1 days estimated (for both sides) to try entire case

**NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

**ORIGIN:** Original Proceeding

**REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION — UNDER F.R.C.P. 23; DEMAND $ ____; JURY DEMAND: [ ] YES [ ] NO

**RELATED CASE(S) IF ANY:** (See Instructions)

DATE: 1-13-00

**SIGNATURE OF ATTORNEY OF RECORD** [signature]

UNITED STATES DISTRICT COURT
9/94

FOR OFFICE USE ONLY: Receipt No. 518307   Date Paid: 1/14/00   Amount: 150.00   M/ifp: ____