UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

YACHTS EAST, INC., A Florida Corporation

    Plaintiff

v.

*M/V Enterprises*, her engines, tackle, apparel and other appurtenances, *in rem*, and CO ENTERPRISE, LTD., and CHARLES OSBORN, *in personam*,

    Defendant    /

CASE NO: 00-6072-CIV-ZLOCH

MAGISTRATE: JUDGE SELTZER

COME NOW the defendants, *M/V Enterprises*, her engines, tackle, apparel and other appurtenances, *in rem*, and CO ENTERPRISE, LTD., and CHARLES OSBORN, *in personam*, by and through their undersigned counsel, and moves for an extension of time to respond to the complaint of the Plaintiff, YACHTS EAST, INC. This motion is not made for purposes of delay. The undersigned counsel was advised of the pendency of this action and the necessity to appear and represent the Defendants on February 16, 2000. The Defendants request 20 days to answer or otherwise respond to the complaint. Because of the press of time, and the absence of undersigned counsel from his office, he has not had an opportunity to confer with defense counsel. But will do so and if agreement can be reached will file a supplemental motion indicating that the Plaintiff has no objection to this motion.

    Respectfully submitted,

    CHRISTIAN D. KEEDY, ESQ.
    ARAN, CORREA & GUARCH, P.A.
    Counsel for Defendants
    710 South Dixie Highway
    Coral Gable, Florida 33146
    Telephone: (305) 665-3400 Facsimile: (305) 665-2250

By: _____
    Christian D. Keedy, P.A.
    Fla. Bar No. 151619

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed to the parties listed below on this February 16, 2000.

_____
Christian D. Keedy, P.A.

*Counsel for Plaintiff*
James W. Stroup, Esq.
James W. Stroup, P.A.
119 SE 12th Street
Ft Lauderdale, Fl 33316
Tel: 1-954-462-8808  Fax: 1-954-462-0278