UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CIV-ZLOCH

YACHTS EAST, INC., a
Florida Corporation,

    Plaintiff,

vs.                                                          **O R D E R**

M/V *Enterprises*, her engines,
tackle, apparel and other
appurtenances, *in rem*, and
CO ENTERPRISE, LTD. and
CHARLES OSBORN, *in personam*,

    Defendants.
_____/



THIS MATTER is before the Court upon the Defendants, M/V *Enterprises*, CO Enterprise, Ltd., and Charles Osborn's, Motion For Extension Of Time, bearing file stamp of the Clerk of this Court dated February 16, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendants' aforementioned Motion For Extension Of Time be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _17th_ day of February, 2000.

                                                       _____
                                                       WILLIAM J. ZLOCH
                                                     United States District Judge

Copies furnished:

See attached Mailing List

YACHTS EAST, INC. v. M/V *Enterprises*, etc., et al.
CASE NO. 00-6072-CIV-ZLOCH

James W. Stroup, Esq.
James W. Stroup, P.A.
For Plaintiff
119 S.E. 12th Street
Fort Lauderdale, FL 33316

Christian D. Keedy, Esq.
Aran, Correa & Guarch, P.A.
For Defendants
710 South Dixie Highway
Coral Gables, FL 33146