```
                    FILED by _____ D.C.
                    
                      MAR 0 9 2000
                    
                    CLARENCE MADDOX
                    CLERK U.S. DIST. CT.
                    S.D. OF FLA. FT. LAUD.
```

YACHTS EAST, INC.                    UNITED STATES DISTRICT COURT
    Plaintiff                    SOUTHERN DISTRICT OF FLORIDA
v.
M/V ENTERPRISES, etc., et al.        CASE NO. 00-6072-CIV-ZLOCH

    Defendant                    ORDER FOR PRE-TRIAL
                                              CONFERENCE
_____/

    The above-styled cause is hereby set for Pre-Trial Conference on ___January 19___, _2001_, at _9:30 a.m._, at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

                          TIME SCHEDULE

**SEVENTEEN** days prior to P-T Conf. - Attorneys must meet
**FIFTEEN** days prior to P-T Conf.  - Resume of experts and their reports must be exchanged
**FIVE** days prior to P-T Conf.     - ALL discovery must be completed
_90_ days prior to P-T Conf.         - ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before ___January 5, 2001___.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __9th__ day of _March_, 2000.

                                              _____
                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:
James W. Stroup, Esq.
Christian Keedy, Esq.