00-1119 AJB/DFT/rt

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(A)(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

    Plaintiff,

v.

*M/V Enterprises,* her engines, tackle, apparel
and other appurtenances, *in rem,* and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam,*

    Defendant.

_____/

## NOTICE OF APPEARANCE

The Court and all parties to this action are requested to take notice of the appearance

of Ace J. Blackburn, Jr. of the firm of Cooney, Mattson, Lance, Blackburn, Richards &

O'Connor, P.A., Post Office Box 14546, Fort Lauderdale, Florida 33302 as counsel for

YACHTS EAST, INC., A Florida Corporation, Counter-Defendant.

The undersigned requests that all further pleadings, notices and documents be served

on the undersigned on behalf of said Counter-Defendant.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via

U.S. mail on this 9TH day of March, 2000 to: **James W. Stroup, Esquire,** Attorney for

Plaintiff, YACHTS EAST, INC., James W. Stroup, P.A., 119 S.E. 12th Street, Ft.

LAW OFFICES
COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.
P.O. BOX 14546, FORT LAUDERDALE, FLORIDA 33302 · TEL. (954) 568-6669

*Yachts East, Inc., vs. M/V Enterprise et al*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

Lauderdale, FL 33316 and **Christian D. Keedy, Esquire**, Attorney for Defendants M/V

ENTERPRISE, CO ENTERPRISE & CHARLES OSBORN, Aran, Correa & Guarch, P.A.,

710 S. Dixie Highway, Coral Gables, FL 33146.

COONEY, MATTSON, LANCE, BLACKBURN,
RICHARDS & O'CONNOR, P.A.
2312 Wilton Drive
P. O. Box 14546
Fort Lauderdale, FL 33302
Attorneys for Yachts East, Inc.
(954) 568-6669 - Fax (954) 568-0085

By: _____
ACE J. BLACKBURN, JR.
FBN: 347140