UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO. 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC.,
A Florida Corporation,

    Plaintiff,

vs.

*M/V Enterprise*, her engines,
tackle, apparel and other appurtenances,
*in rem*, and CO ENTERPRISE,
LTD. and CHARLES OSBORN,
*in personam*,

    Defendants.
_____/



### REQUEST FOR COPIES

    COMES NOW the Plaintiff, YACHTS EAST, INC., by and through his undersigned counsel, pursuant to the Florida Rules of Civil Procedure and request copies of any and all documents received in response to Defendants, *M/V Enterprise,* CO ENTERPRISE, LTD. and CHARLES OSBORN subpoenas issued upon:

1.    Records Custodian
       Global Adventure Marine Associates

### Certificate of Service

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 16th day of March 2000 to: Christian D. Keedy, Esq., Aran, Correa & Guarch,

P.A., Attorneys for Defendants, 710 South Dixie Highway, Coral Gables, Florida 33146 and Ace J. Blackburn, Jr., Esq., Cooney, Mattson, *et al.*, Attorneys for Yachts East/Counterclaim, 2312 Wilton Drive, Post Office Box 14546, Ft. Lauderdale, Florida 33302.

                                        JAMES W. STROUP, P.A.
                                        Attorneys for Plaintiff
                                        119 Southeast 12th Street
                                        Ft. Lauderdale, Florida 33316
                                        (954) 462-8808; Fax 462-0278
                                        E-Mail: StroupLaw@aol.com

By: _____
                                        JAMES W. STROUP
                                        Fla Bar No. 0842117