UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO. 00-6072-CIV-ZLOCH

YACHTS EAST, INC.,
A Florida Corporation,

    Plaintiff,

vs.

*M/V Enterprise*, her
engines, tackle, apparel
and other appurtenances,
*in rem*, and CO ENTERPRISE,
LTD. and CHARLES OSBORN,
*in personam*,

    Defendants.




## NOTICE OF VACATION

COMES NOW the undersigned counsel of record for the Plaintiff, YACHTS EAST, INC., and notices all parties of his unavailability for **April 12, 2000 - April 17, 2000**, and respectfully requests that no hearings, depositions, discovery matter of any kind or trials be set during those periods. As cause therefore, would state that the undersigned counsel will be on vacation for the periods mentioned herein.

WHEREFORE, based on the foregoing, the undersigned respectfully requests that no hearings, depositions, discovery matters of any kind or trials be set during those periods mentioned herein.



## Certificate of Service

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail this 16th day of March 2000 to: Christian Keedy, Esq. Aran, Correa & Guarch, P.A., Attorneys for Defendant, 710 South Dixie Highway, Coral Gables, Florida 33146 and Ace J. Blackburn, Jr., Esq., Cooney, Mattson, *et al.*, Attorneys for Yachts East/Counterclaim, 2312 Wilton Drive, Post Office Box 14546, Ft. Lauderdale, Florida 33302.

JAMES W. STROUP, P.A.
Counsel for Plaintiff
119 Southeast 12th Street
Ft. Lauderdale, Florida 33316
(954) 462-8808; Fax 462-0278

By: _____
JAMES W. STROUP
Fla Bar No. 0842117