00-1119 AJB/DFT/rt

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
## IN ADMIRALTY

### CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

     Plaintiff,

v.

*M/V Enterprise,* her engines, tackle, apparel
and other appurtenances, *in rem,* and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam,*

     Defendant.

_____/



### ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiff/Counter-Defendant, YACHTS EAST, INC., through counsel files its

Answer and Affirmative Defenses to Defendant's Counterclaim as follows:

### ANSWER

1.     Paragraphs 1, 2 & 3 are admitted.

2.     Paragraphs 4, 5, 6, 7 & 8 are denied and strict proof demanded thereof.

### AFFIRMATIVE DEFENSES

3.     Defendant's counterclaim fails to state a cause of action.

4.     Any incidental damage suffered by *M/V Enterprise* while in the possession

of Yachts East was repaired in full with full knowledge of the vessel owner and no residual

damage or reduction in value of the vessel.

LAW OFFICES
COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.
P.O. BOX 14546, FORT LAUDERDALE, FLORIDA 33302 · TEL. (954) 568-6669

*Yachts East, Inc., vs. M/V Enterprise et al*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via

U.S. mail on this 24th day of March, 2000 to: **James W. Stroup, Esquire**, Attorney for

Plaintiff, YACHTS EAST, INC., James W. Stroup, P.A., 119 S.E. 12th Street, Ft.

Lauderdale, FL 33316 and **Christian D. Keedy, Esquire**, Attorney for Defendants M/V

ENTERPRISE, CO ENTERPRISE & CHARLES OSBORN, Aran, Correa & Guarch, P.A.,

710 S. Dixie Highway, Coral Gables, FL 33146.

> COONEY, MATTSON, LANCE, BLACKBURN,
> RICHARDS & O'CONNOR, P.A.
> 2312 Wilton Drive
> P. O. Box 14546
> Fort Lauderdale, FL 33302
> Attorneys for Yachts East, Inc.
> (954) 568-6669 - Fax (954) 568-0085
>
> By: _____
> ACE J. BLACKBURN, JR.
> Fla. Bar No.: 347140