UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

Plaintiff,

v.

*M/V Enterprise,* her engines, tackle, apparel
and other appurtenances, *in rem,* and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam,*

Defendant.

_____/

## YACHTS EAST, INC.'S SUPPLEMENTAL RESPONSE
## TO REQUEST FOR PRODUCTION

YACHTS EAST, INC. by and through its undersigned counsel, hereby files this

supplemental response to Request for Production propounded on February 28, 2000 as follows:

1.    Any and all correspondence, telefaxes, telegraphs, cables, other written

communication or documents evidencing communications to or from the plaintiff, defendants, or

third parties, their agents or employees concerning the M/V Enterprise.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates

stamped number 007951 through 007980.

2.    Any and all photographs of the M/V Enterprise and/or damage to same.

**RESPONSE**:    Attached hereto are photocopies, bates stamped number 007981

through 007982.



3.    Any and all documents containing the identity, including name, address and telephone number of all employees, agents or subcontractors of Yachts East, Inc., who worked on and/or aboard the M/V Enterprise between June and September of 1999.

**RESPONSE**:    See letter dated June 17, 1999, bates stamped number 007976, enclosed in response to Request for Production number 1 enclosed.

4.    Any and all work orders for work alleged to have been performed on the M/V Enterprise by Yachts East, Inc., its employees, agents or subcontractors.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 007983 through 008015.

5.    Any and all work invoices for work alleged to have been performed on the M/V Enterprise by Yachts East, Inc., its employees, agents or subcontractors.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 008016 through 008018. Additional invoices may exist for work unrelated to instant litigation. If so, they will be produced.

6.    Any and all documents which identify, refer or relate to propellers for the M/V Enterprise delivered to Yachts East.

**RESPONSE**:    None.

7.    Any and all time records for employees, agents or subcontractors of Yachts East, Inc., who worked on the M/V Enterprise.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 008016 through 008018. Additional invoices may exist for work unrevealed to instant litigation. If so, they will be produced.

LAW OFFICES
COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.
P.O. BOX 14546, FORT LAUDERDALE, FLORIDA 33302 · TEL. (954) 568-6669

8.    Any and all personnel files, documents for each employee of Yachts East, Inc., that worked on, or handled the M/V Enterprise.

**RESPONSE**:    See objection previously filed.

9.    Any and all documents which identify parts, materials or supplies alleged to have been used in work performed on or repairs to the M/V Enterprise by Yachts East, Inc., its employees, agents or subcontractors.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 008016 through 008018. Additional invoices may exist for work unrevealed to instant litigation. If so, they will be produced.

10.    Any and all documents which refer to, identify or described accidents involving and/or damages to the M/V Enterprise between June 1, 1999 and September 30, 1999.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 008019 through 008023.

11.    Documents containing the names and addresses of all witnesses who have knowledge of the facts relating to the claims or defenses in this suit.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 008019 through 008023.

12.    Any statements, documents or memoranda thereof obtained from any witness relating to the matters in this suit.

**RESPONSE**:    Attached hereto are copies of the responsive documents, bates stamped number 008019 through 008023.

13.     Any and all leases for the vehicles used to move or store the M/V Enterprise during the handling and/or storage of the M/V Enterprise.

**RESPONSE**:        None.

14.     Any and all police, law enforcement, U.S. Coast Guard or other government reports or documents concerning the damage or accidents involving the M/V Enterprise.

**RESPONSE**:        None.

15.     All documents which identify, contain, refer or relate to investigations made by any insurer or its agents concerning the damage to the M/V Enterprise.

**RESPONSE**:        See response to Request for Production number 1 enclosed herewith.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail on this _____ day of August, 2000 to: **James W. Stroup, Esquire**, Attorney for Plaintiff, James W. Stroup, P.A., 119 S.E. 12th Street, Ft. Lauderdale, FL 33316 and **Christian D. Keedy, Esquire**, Attorney for Defendant CO Enterprise, Aran, Correa & Guarch, P.A., 710 S. Dixie Highway, Coral Gables, FL 33146.

COONEY, MATTSON, LANCE, BLACKBURN,
RICHARDS & O'CONNOR, P.A.
P. O. Box 14546
Fort Lauderdale, FL 33302
Attorneys for Yachts East, Inc.
Phone: (954) 568-6669
Fax: (954) 568-0085

By: _____ FBN 938304
ACE J. BLACKBURN, JR.
FBN: 347140

LAW OFFICES
COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.
P.O. BOX 14546, FORT LAUDERDALE, FLORIDA 33302 · TEL. (954) 568-6669

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: _____ *OCT 28/99* _____

TO: _____ *VANCE BARKER* _____
_____
_____

FROM: _____ *STEWART DONALDSON*

RE: _____ *LETTER FROM DON LYNN*

TOTAL PAGES INCLUDING COVER: *3*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTES:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com    boatpdlr@worldnet.att.com

007951

# FAX TRANSMISSION

## SHUTTS & BOWEN LLP

1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
305-358-6300 (Main)
305-381-9982 (Fax)

| | | | |
|---|---|---|---|
| **To:** | Stewart Donaldson | **Company:** | |
| **Fax #:** | 954/584-0335 | **Phone:** | |
| **Date:** | September 3, 1999 | **Pages:** | 2, including cover sheet |
| **From:** | Don A. Lynn, P.A. | **User ID:** | 7500 |
| **Cl/Ma #** | 55000-0150 | | |

**Subject:**

**COMMENTS:**   Stewart, as a follow-up to my voice mail message, enclosed is a copy of the revised Assignment. As a result of your request for a letter of undertaking, the additional language is necessary to preserve Mr. Osborne's carrier's subrogation rights.

Mr. Schilling will deliver to you this evening the executed Assignment and a cashier's check for the balance of the pre-damage repairs.

Don A. Lynn

This facsimile contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

**NOTE: PLEASE CALL IMMEDIATELY IF ALL PAGES ARE NOT RECEIVED
MAIN NUMBER: (305) 358-6300**

THE PERSON SENDING THIS FACSIMILE IS:  Senora Brown
HARD COPY TO FOLLOW BY U.S. MAIL -  YES / NO

007952

## ASSIGNMENT

For and in consideration of Yachts East, Inc.'S immediate release of the vessel CO Enterprise Ltd., a 70-ft. Neptunus (Hull No. NEPT-700 1F096, engine serial numbers 16VF02858, 16VF01286), (the "Vessel") to George Schilling as the owners agent, Charles Osborne, as owner of the Vessel hereby assigns to Yachts East, Inc. any rights he may have as owner of the Vessel in the proceeds of that certain insurance claim for damage to the Vessel filed by YACHT EAST INC. with Acceptance Insurance Company under policy CL19103564-98 (the "Claim"). The Claim arises from damage suffered by the vessel while it was in the possession of the marina.

This Assignment is not intended to nor shall it be deemed to release any claims that owner has against Yachts East, Inc. arising from any damage suffered by the Vessel while in the possession, custody and control of Yachts East, Inc. The purpose of this Assignment is merely to facilitate Yachts East's receipt directly from its insurance carrier of the proceeds of its Claim.

September 3, 1999

By:_____

Charles Osborne, Owner
CO Enterprise Ltd.

MIADOCS 282470.1 SLB

607953

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: _9-24-99_

TO: _Vance Barker_

FROM: _Susan Dechow_

RE: _Charlie Osborne_

TOTAL PAGES INCLUDING COVER: _8_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com    boatpdlr@worldnet.att.com

007954

## YACHTS EAST, INC.

**2955 S.R. 84 Bay A-10 Ft. Lauderdale, FL 33312 (954)584-6666 Fax (954)584-0335**

September 24, 1999

Vance Barker
Underwriting Manager
Strickland Marine Agency, Inc.

FAX - 843-762-2308

RE: Charles Osborne

Dear Mr. Barker:

Thank you for taking time to help me to get the "ball" rolling. Enclosed is a copy of
the invoice for the repairs done by Yachts East, Inc. to the M/V Enterprise owned by
George Osborne and a copy of the "Letter of Undertaking" issued by Liberty
International Underwriters.

If there is anything needed from Yachts East, Inc. to complete the settlement of this
matter, please call myself or Stewart Donaldson.

Very truly yours,

Susan Desharnais

Susan Desharnais

/sd
encl.

007955



**LIBERTY INTERNATIONAL**
U N D E R W R I T E R S

Liberty Marine Underwriters

61 Broadway, 25th Floor
New York, NY 10006
(212) 208-4200  (800) 677-9163
Fax: (212) 514-6909

September 7, 1999

Stewart Donaldson
Yacht East Inc.
2955 State Road 84, Bay B-4
Fort Lauderdale, Fl 33312

> RE:   Vessel:      M/V "Enterprise"
>        Assured:     George Osborne

## LETTER OF UNDERTAKING

In consideration of your refraining from arresting, attaching or otherwise restraining the
M/V "ENTERPRISE ", and your refraining from pre-judgment arresting, attaching or
otherwise restraining other assets of property belonging to the owners of said vessel on
account of a work done by Yachts East, Inc. occurred within the Southern District of
Florida July, 1999, the undersigned Albany Insurance Company, Liberty International
Underwriters and its subsidiaries, agree:

1.   To file or cause to be filed, on your demand, an appearance on behalf of said vessel
     in any Federal District Court admiralty suit or arbitration proceeding, and to file or
     cause to be filed, a response and/or claim by or on behalf of the owners of the said
     vessel in any such actions or proceedings, irrespective of whether or not the vessel
     is in the jurisdiction of the court at the time and without raising any question as to
     her absence from the jurisdiction and whether the vessel is lost or not lost, in port
     or not in port, said in rem appearance or response and/or claim of owner to be
     consistent with the defenses available to the vessel and its owners as such defenses
     may appear in the future, and this letter of undertaking shall not constitute a
     waiver of any of these defenses.

2.   In the event of a final judgment (after appeal, if any) or following the entry of any
     arbitration award as the result of binding local arbitration, if any, against the M/V

007956

"ENTERPRISE" and/or her owners in such suit or arbitration proceeding, the undersigned, LIBERTY INTERNATIONAL, its subsidiaries, underwriters, co-insurers and excess    underwriters agree to pay and satisfy the claimant, YACHTS EAST, INC. or their designee, up to and not exceeding the amount of SIXTEEN THOUSAND EIGHTY THREE DOLLARS ($16,083), the said final judgment, arbitration award or any lesser amount adjudicated to be settled between the parties without final decree or arbitration award being rendered where said settlement has been made with he approval of the undersigned. It is further agreed that the amount of this letter of undertaking is, in no way, to be construed as a waiver of any defense of right of the owners of the said vessel to contest the amount of, or reasonableness of, the amount claimed by YACHTS EAST INC.

3.   It is further agreed that any appearance and claim filed, and bond posted, if demanded, shall stand with the same force and effect as if the M/V "ENTERPRISE" had been actually seized under warrant for arrest and had thereafter been duly released by the deposit of a surety bond to respond to the complaint in the said suit.

4.   It is further agreed that the rights of all parties in any suit or arbitration proceeding shall stand and be in all respects as if the M/V "ENTERPRISE" had been seized under warrant for arrest and released on the filing of a surety bond. This letter of undertaking shall not be construed as a an agreement on behalf of the owners of said vessel to engage in any arbitration proceedings not otherwise separately agreed to in writing.

5.   It is further agreed that special arrangements for service of process have been agreed to whereby all service of process, whether personal or by mail upon LIBERTY INTERNATIONAL UNDERWRITERS 61 Broadway New York NY 10006, for vessel owners, shall be deemed to be proper service upon the vessel and her owners for the purpose of any litigation or arbitration proceeding arising from the above referenced claim. It is also agreed that said service is without prejudice to any defenses relating to any issues which may be available to the vessel or vessel owners.

6.   It is understood and agreed that he execution of this letter by the undersigned authorized representative of Liberty International Underwriters shall not be

007957

construed as binding upon him personally, but to be binding solely upon the said
insurers of the the vessel, Liberty International Underwriters.

Very Truly Yours,

Carlton C. Clarke
Claims Manager

007953

# FAX TRANSMISSION

## SHUTTS & BOWEN LLP

1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131
305-358-6300 (Main)
305-381-9982 (Fax)

| | | | |
|---|---|---|---|
| **To:** | Stewart Donaldson | **Company:** | |
| **Fax #:** | 954/584-0335 | **Phone:** | |
| **Date:** | September 3, 1999 | **Pages:** | 2, including cover sheet |
| **From:** | Don A. Lynn, P.A. | **User ID:** | 7500 |
| **Cl/Ma #** | 55000-0150 | | |

**Subject:**

**COMMENTS:** FYI.

This facsimile contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this facsimile, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

### NOTE: PLEASE CALL IMMEDIATELY IF ALL PAGES ARE NOT RECEIVED
### MAIN NUMBER: (305) 358-6300

THE PERSON SENDING THIS FACSIMILE IS: _Senora Brown_
HARD COPY TO FOLLOW BY U.S. MAIL - _YES / NO_

007959

## ASSIGNMENT

For and in consideration of YACHTS EAST INC.'S immediate release of the vessel CO Enterprise Ltd., a 70-ft. Neptunus (Hull No. NEPT-700 1F096, engine serial numbers 16VF02858, 16VF01286), (the "Vessel") to George Schilling as the owners agent, Charles Osborne, as owner of the Vessel hereby assigns to YACHTS EAST INC. any rights he may have as owner of the Vessel in the proceeds of that certain insurance claim for damage to the Vessel filed by YACHT EAST INC. with Acceptance Insurance Company under policy CL19103564-98 (the "claim"). The Claim arises from damage suffered by the vessel while it was in the possession of the marina.

September 3, 1999

By: _____
    Charles Osborne, Owner
    CO Enterprise Ltd.

MIADOCS 282479.1 SLB

**STRICKLAND MARINE AGENCY, INC.**
147 WAPPOO CREEK DRIVE, SUITE 304
CHARLESTON, SOUTH CAROLINA 29412
PHONE: 843: 795: 4555
FAX: 843: 762: 2308

September 3, 1999

Stewart Donaldson
C/o Yachts East Inc.
2955 State Rd 84
Bay B-4
Ft Lauderdale, Florida 33312

RE: Charles Osborn

Dear Mr. Donaldson:

Pursuant to our phone conversation in regards to repairs done on Charles Osborn's 1996
70' Motor Yacht. The underwriters have agreed to issue a " Letter of Undertaking" in the
amount of $16,083.00 assuring your firm will be paid for said repairs.

The claim examiner is Esther Swier. The company is Liberty International Underwriters
and the covering company is GRE. Phone number: 212-208- 4239. We expect
Underwriters to issue this letter Tuesday September 7, 1999.

Sincerely,

Vance Barker
Underwriting Manager
Strickland Marine Agency, Inc.

VB/ dmc

007961



**LIGHTHOUSE
INSURANCE
RESOURCES, INC.**

Telephone: 954 · 786-1640
FAX: 954 · 786-3426

September 3, 1999

Stewart Donaldson
Yachts East Inc.
2955 State Road #84
Bay A-10
Fort Lauderdale, FL 33312

RE: Claim 1996 Neptunus 70' MY "ENTERPRISE"
    Date of Loss: 7-7-99

Dear Stewart,

As you are aware we have submitted a claim to your insurance
carrier for the incident involving the above referenced vessel and
the malfunction of the shift cable.

Your insurance will cover this claim, subject to policy terms and
conditions, in the event that you and/or your organization is found
to be negligent in the operation of the vessel which resulted in
damages.

If the aforementioned claim is to be paid, the proceeds will be
made payable to the owner of the vessel as well as your company as
you have made the necessary repairs.

Regards,

Wm. Roger Grissinger
jej.

007962

# YACHTS EAST, INC.

**2955 State Road 84, Bay B-4    •    Ft. Lauderdale, FL  33312    •    954-584-6666**

20 August 1999

TO:     George Schilling
        South Florida Yachts

FROM:  Cindy-Marie Walker

REF:    Vessel "Enterprise"

Dear George;

After a lengthy conversation with Stewart and our attorney, we have been advised by counsel to exercise our right of lien on this vessel and not release it until we have received cleared funds for the entire balance due or other arrangements have been made.

Sincerely,

Cindy-Marie Walker
General Manager

007963

# YACHTS EAST INC.

21 July 1999

TO:     Jan Willem DeJong

FROM: Cindy-Marie Walker

REF:     Vessel "Enterprise"

Dear Jan;

Enterprise is again at our facility for maintenance and repair work. One of the items that has come to light is the fresh water tank. The aluminum tank originally installed in this boat is completely corroded, to the degree that it appears as though barnacles are growing inside the tank. Some of the corrosion is protruding more than a ¼" from the side. At this time the tank needs to be replaced. We understand that the boat is still under a hull warranty and believe that this should be covered by that warranty. Please advise.

Sincerely,

Cindy-Marie Walker
General Manager

NO WARRANTY

007964

# YACHTS EAST INC.

21 July 1999

TO:     Jan Willem DeJong

FROM: Cindy-Marie Walker

REF:     Vessel "Enterprise"

Dear Jan;

Enterprise is again at our facility for maintenance and repair work. One of the items that has come to light is the fresh water tank. The aluminum tank originally installed in this boat is completely corroded, to the degree that it appears as though barnacles are growing inside the tank. Some of the corrosion is protruding more than a ¼" from the side. At this time the tank needs to be replaced. We understand that the boat is still under a hull warranty and believe that this should be covered by that warranty. Please advise.

Sincerely,

*Cindy-Marie Walker*

Cindy-Marie Walker
General Manager

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol.com     boatpdlr@worldnet.att.com

007965

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: _____10-6-99_____

TO: _____Don Lynn_____

_____

_____

FROM: _____Cindy-Marie Walker_____

RE: _____

TOTAL PAGES INCLUDING COVER: _8_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol.com   boatpdlr@worldnet.att.com

007966

# YACHTS EAST, INC.

**2955 State Road 84, Bay B-4    •    Ft. Lauderdale, FL 33312    •    954-584-6666**

6 October 1999

Don A. Lynn, PA
Shutts & Bowen
201 S. Biscayne Blvd., 15th Floor
Miami, FL   33131

Dear Mr. Lynn;

Following is a copy of the repair bill for the vessel Enterprise. This bill has been forwarded to our insurance company. I am also sending a copy of the Letter of Undertaking from Mr. Osborne's insurance carrier. At this time we are waiting for Mr. Osborne to file a claim with his insurance carrier so this invoice can be settled. As you can see, it has been more than a month since this work was completed and we released the boat to Mr. Osborne's agent after we were assured that the insurance claim would be filed and we would be paid for the work done on the boat.

If you will please give this your immediate attention, it will be greatly appreciated. At this point in time, because the invoice is more than 30 days old, we are looking at the accrual of finance charges at a rate of 1 1/2% per month.

Thank you,

Cindy-Marie Walker
General Manager

007967

**STRICKLAND MARINE AGENCY, INC.**
**147 WAPPOO CREEK DRIVE, SUITE 304**
**CHARLESTON, SOUTH CAROLINA 29412**
**PHONE: 843: 795: 4555**
**FAX: 843: 762: 2308**

September 3, 1999

Stewart Donaldson
C/o Yachts East Inc.
2955 State Rd 84
Bay B-4
Ft Lauderdale, Florida 33312

RE: Charles Osborn

Dear Mr. Donaldson:

Pursuant to our phone conversation in regards to repairs done on Charles Osborn's 1996 70' Motor Yacht. The underwriters have agreed to issue a " Letter of Undertaking" in the amount of $16,083.00 assuring your firm will be paid for said repairs.

The claim examiner is Esther Swier. The company is Liberty International Underwriters and the covering company is GRE. Phone number: 212-208- 4239. We expect Underwriters to issue this letter Tuesday September 7, 1999.

Sincerely,

Vance Barker
Underwriting Manager
Strickland Marine Agency, Inc.

VB/ dmc

007963

## YACHTS EAST, INC.

**2955 S.R. 84 Bay A-10 Ft. Lauderdale, FL 33312 (954)584-6666 Fax (954)584-0335**

November 10, 1999

Tom Berryhill
SCS & Assoc.
3215 NW 10 Terrace
Suite 209
Ft. Lauderdale, FL 3339

RE: M/V Enterprise

Dear Tom:

Enclosed is the invoice for the repairs to Enterprise in the amount of $16,083.08 which we would like you to file a claim on behalf of Yachts East, Inc. We would appreciate payment on this as soon as possible. Also enclosed is the Letter of Undertaking received from Liberty Mutual for the insured, Charles Osborne. I have enclosed other material relating to this matter. Please call me if you have any further questions regarding this claim.

Thank you for your assistance in this ongoing matter.

Truly yours,


Stewart Donaldson

SD/sd
encl.

607969

## YACHTS EAST, INC.
**2955 SR 84 Bay A-10 Ft. Lauderdale, FL 33312 (954)584-6666 Fax (954)584-0335**

October 21, 1999

Paul Fergerson
Liberty Marine Underwriters
61 Broadway 25th Floor
New York, NY 10006

RE: Charles Osborne
    M/V Enterprise

Dear Mr. Fergerson:

Per our telephone conversation on October 19, 1999 enclosed are documents relating to the M/V Enterprise since Yachts East, Inc. began working on the boat for Charles Osborne:

1.  Signed work order and ship repair contract signed by Charles Osborne.
2.  Signed Warranty/Insurance Policy.
3.  Maintenance Invoices 50475-3, 50475-4, 50475-5, 50475-6, 50475-8 which were authorized and paid in full by Charles Osborne.
4.  Statement of accident from employees Rick Cogswell & Roger Roberge.
5.  Invoice number 50475-7 which relates to the repair of the accident in the amount of $16,083.00 which remains unpaid.
6.  Letter from our insurance agent. Our insurance agent's surveyor is Tom Berryhill, telephone 954-563-6900.
7.  Letter from Strickland Marine Agency (Osborne's agent).
8.  Letter of Undertaking issued by Liberty Marine Underwriters.
9.  Copy of inspection report by Global Adventure relating to the accident.
10. Letter from Don Lynn assigning any insurance proceeds to Yachts East, Inc.
11. Letter to Mr. Don A. Lynn, PA, attorney for Charles Osborne.

Please call me when you receive these documents so that we can review them.
I look forward to hearing from you.

Very truly yours,

Stewart Donaldson                                                007970

146402

# FedEx. *USA Airbill* 8132 0045 7590

**1 From** *Please print and press hard.*

Date 10/21/99   Sender's FedEx Account Number   2027-7769-4

Sender's Name   Stewart Donaldson   Phone (954) 584-6666

Company   YACHTS EAST INC

Address   2955 W STATE ROAD 84 BAY B-4

City   FORT LAUDERDALE   State   FL   ZIP   33312

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**To**
Recipient's Name   Paul Fergerson   Phone 212,208-4200

Company   Liberty Marine Underwriters

Address   61 Broadway   25th Floor

City   New York   State   NY   ZIP   10006

**NEW Peel and Stick FedEx USA Airbill**
See back for application instructions.

**Questions? Call 1·800·Go·FedEx®** (800-463-3339)
Visit our Web site at www.fedex.com
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

0100391493

---

**Sender's Copy**

**4a Express Package Service**   *Packages up to 150 lbs.*

☑ FedEx Priority Overnight   ☐ FedEx Standard Overnight   ☐ FedEx First Overnight

☐ FedEx 2Day®   ☐ FedEx Express Saver®

**4b Express Freight Service**   *Packages over 150 lbs.*

☐ FedEx 1Day Freight®   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging**

☑ FedEx Letter®   ☐ FedEx Pak®   ☐ Other Pkg.

**6 Special Handling**

☐ Saturday Delivery   ☐ Sunday Delivery   ☐ HOLD Weekday   ☐ HOLD Saturday

Does this shipment contain dangerous goods?

☐ No   ☐ Yes   ☐ Yes   ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☑ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| | | $            .00 |

FedEx Use Only

**8 Release Signature**

359



**STRICKLAND MARINE AGENCY, INC.**
125 A Wappoo Creek Drive, Suite 3
Charleston South Carolina 29412
Phone (843)795-4555 Fax (843) 762 2308

# Fax

To: Sue @ Yachts East          From: Vance Barket
                                Underwriting Manager
Fax: 954- 584- 0335   Pages: 2

Phone:                    Date: 10/27/99

RE: CHARLES OSBORNE

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Sue

Attached is my Cover Sheet that
Went to. ESTHER Swim on OCT 12
TRANSMISSION WAS CONFIRMED -

I AM attempting to Contact: Paul
Ferguson Now and will Advise

Thanks,
Vance





STRICKLAND MARINE AGENCY, INC.
147 Wappoo Creek Drive, Suite 304
Charleston, South Carolina 29412
Phone (843)795-4555, Fax (843) 762-2300

FAXED
OCT 12 1999
13 0K

# Fax

To: ESKE SWIER          From: Vance Barker, Underwriting Manager

Fax: Liberty Int Und.   Pages:

Phone: Fax 1-212- 514-   Date: 9 28

RE: CHARLES OSBORNE POL Y01002731

☐ Urgent  ☐ For Review  ☑ Please Comment  ☑ Please Reply  ☐ Please Recycle

*Attached you will find a Copy of
Demand letter from Yacht East - Also
letter From the Charles Osborn's Attorney
asking Claim be forwarded to you
In addition I have received a call
From underwriters Surveyors that
where hired By Yacht East and By
Charles Osborn for appraisal of Damages
This may be of Some Interest in
Establishing Damages, Time Line - Cost
of Repairs*

*— Please advise Your Comments*

*Thanks Vance Barker*

007973

## ASSIGNMENT

For and in consideration of Yachts East, Inc.'S immediate release of the vessel CO Enterprise Ltd., a 70-ft. Neptunus (Hull No. NEPT-700 1F096, engine serial numbers 16VF02858, 16VF01286), (the "Vessel") to George Schilling as the owners agent, Charles Osborne, as owner of the Vessel hereby assigns to Yachts East, Inc. any rights he may have as owner of the Vessel in the proceeds of that certain insurance claim for damage to the Vessel filed by YACHT EAST INC. with Acceptance Insurance Company under policy CL19103564-98 (the "Claim"). The Claim arises from damage suffered by the vessel while it was in the possession of the marina.

This Assignment is not intended to nor shall it be deemed to release any claims that owner has against Yachts East, Inc. arising from any damage suffered by the Vessel while in the possession, custody and control of Yachts East, Inc. The purpose of this Assignment is merely to facilitate Yachts East's receipt directly from its insurance carrier of the proceeds of its Claim.

September 3, 1999

By: _____

Charles Osborne, Owner
CO Enterprise Ltd.

607974

# Record of Lifeboats, Tenders, and Other Appurtenances

| OFFICIAL NUMBER | NAME OF SHIP | PORT OF REGISTRY | CALL SIGN |
|---|---|---|---|
| 728168 | SIR ENTERPRISE | GEORGE TOWN, C.I. | |

The following items are recorded as spart of the outfitting for the above vessel:

| Description | Manufacturer Name & Model No. | Length Metres | ID/Serial Number |
|---|---|---|---|
| One (1) 1996 | Nautica Tender | 3.97 | #PTJ13701A696 |
| One (1) 1996 | Kawasaki Jet Ski | 2.44 | #KAW30553J596 |

Dated at George Town, Cayman Islands the 13TH day of JULY , 19 99.

Asst. Register of British Ships

*N.B. Please submit two (2) originals

CAYMAN ISLANDS SHIPPING REGISTRY

JUL 13 1999

# YACHTS EAST INC.

17 June 1999

TO:    Art & Rick
       New River Marina

FROM: Stewart Donaldson

REF:   Blocking instructions for 70' Neptunus – Enterprise

This boat requires a minimum of 8 blocks down the keel. The keel will not support the weight of the boat and it will deflect, do not put the boat down on the keel jacks until there are at least 6 jack stands in place along each side of the boat.

Also, be aware that this boat has quadrafin stabilizers.

Any questions, give us a call.

Thanx.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com    boatpdlr@worldnet.att.com

007976

# YACHTS EAST INC.


9 June 1999

TO:    George Schilling
FROM: Cindy-Marie Walker
RE:    Enterprise


Dear George;

We received the paperwork that you signed, however we are still missing the boat information sheet and the dockage agreement. Hurricane Harbor will not pull the boat unless they have the dockage agreement signed and on file. Since you signed these documents, are you assuming responsibility for payment? If not, then they will need to be sent to Mr. Osborne for his signature so he will be aware of the terms and conditions of our billing system.

Please advise.


2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com   boatpdlr@worldnet.att.com

007977

# YACHTS EAST INC.

### FACSIMILE COVER SHEET

DATE: ___DECEMBER   20, 1999___

TO: ___JIM   STROUP___

_____

_____

FROM: ___STEWART DONALDSON___

RE: _____

TOTAL PAGES INCLUDING COVER: _3._

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES:  LETTER   FROM   YACHTS EAST   INSURANCE   CARRIER
        DENYING   OUR   CLAIM.

                        THIS
                         ⸦⟶

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com   boatpdlr@worldnet.att.com

007978

*Acceptance Insurance Companies*

**ACCEPTANCE INSURANCE COMPANY**
Claims Department
300 West Broadway, Suite 1600
P.O. Box 4017
Council Bluffs, IA 51502-4017
TELEPHONE: 800-832-0137
FAX: 712-329-3660

December 7, 1999

Stewart Donaldson
Yachts East, Inc.
Bay A-10
2955 State Road, #84
Fort Lauderdale, FL 33312

RE:  Claim No.:   GL99230451
     Date of Loss: 7/7/99
     Claimant:    Charles Osborne

Dear Mr. Donaldson:

Please find enclosed a denial letter that was sent to Mr. Osborne. If you should receive any
additional information or a lawsuit should be filed against you, please notify me <u>immediately</u>. In
the meantime, if you should have any questions, please feel free to contact me at (800) 832-0137,
ext. 3622.

Sincerely,

Tracy Hull
Claims Specialist

TH/mb

Enclosure

007979

99230451

**ACCEPTANCE INSURANCE COMPANY**
Claims Department
300 West Broadway, Suite 1600
P.O. Box 4017
Council Bluffs, IA 51502-4017
TELEPHONE: 800-832-0137
FAX: 712-329-3660

December 7, 1999

Charles Osborne
1230 Liberty Bank Lane, Suite 230
Louisville, KY 40222

RE:    Claim No.:    GL99230451
       Insured:      Yachts East, Inc.
       Date of Loss: 7/7/99

Dear Ms. Osborne:

Acceptance Insurance Company has completed their investigation into the damage your vessel
sustained when the control cable on the boat malfunctioned while our insured was backing your
boat out of a slip.

After a careful investigation into the circumstances surrounding this loss, we found no
negligence on the part of our insured or his employees. The malfunction of the control cable was
not caused by our insured or his employees. Therefore, we respectfully deny your claim and will
be unable to reimburse you for the repairs to your boat.

Sincerely,

*Tracy Hull*

Tracy Hull
Claims Specialist

TH/sar

cc:    Paul Ferguson
       Liberty International
       61 Broadway, 25th Floor
       New York, NY 10006

       Stuart Donaldson
       DBA Yachts East, Inc.
       Bay A-10
       2955 State Road, #84
       Fort Lauderdale, FL 33312

007980

99230451.1

P-04

**VESSEL OWNER INFORMATION SHEET**

| VESSEL NAME: | HOME PORT: |
|---|---|
| Enterprise | Cayman |

OWNERS NAME:

Charles Osborn

VESSEL TYPE:

70' Neptunus Motor Yacht

PHONE: (home)

(office) 502 425-3900

(cellular)

FAX: (home)

(office) 502 425-7458

ADDRESS: (Business)

1230 Liberty Bank Lane  Suite 230
Louisville, KY 40222

ADDRESS: (Home)

007981





007982

# YACHTS EAST INC.

## FACSIMILE COVER SHEET

DATE: 7/28/99

TO: FAO Switch Corp
    Fax# (203) 877-3694
    ATTN: MARIA

FROM: Rick Cogswell

RE: Order for 7 # 44-121 switches

TOTAL PAGES INCLUDING COVER: 2

***********************************************************************

NOTES: Maria —
        Here's our P.O. for the Switches,
        Please send Fed Ex Overnite + bill to
        Account# 2027-7769-4

        Call me if you have any questions —
                                            Rick

***********************************************************************

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol.com    boatpdlr@worldnet.att.com

007983

7.

ALIGN TYPE DIRECTLY ON THIS LINE _____    WHEN USING A TYPEWRITER SET TAB STOPS AS SHOWN ON THIS STUB    Fold at (>) to fit 771 or 5036-1 Envelopes



**YACHTS EAST, INC.**
2955 State Road 84
FT. LAUDERDALE, FL 33312

**(954) 584-6666   FAX (954) 584-0335**

# PURCHASE ORDER

Show this Purchase Order Number
on all correspondence, invoices,
shipping papers and packages.

**5487**

TO   EAO Switch Corporation
198 Pepe's Farm Road
Milford, CT. 06460
ATTN: MARIA

| DATE | REQUISITION NO |
|---|---|
| 7/28/99 | Enterprise # 5+25 |

SHIP TO
Yachts East Inc.
2955 State Road 84 BuyB-4
Ft Lauderdale, FL 33312

| REQUISITIONED BY | WHEN SHIP | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| > RBC | Today | FedEx overnite | | |

| QTY. ORDERED | QTY. RECEIVED | STOCK NO. / DESCRIPTION | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 7 | | EAO # 44-121 | 3 | 85 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SDR11

**FedEx** USA *Airbill*   8132 0045 7199   0215

**1 From** *Please print and press hard*

Date _____

Sender's FedEx Account Number   2027-7769-4

Sender's Name _____   Phone ( 954 ) 584-6666

Company   YACHTS EAST INC

Address   2955 W STATE ROAD 84 BAY B-4

City   FORT LAUDERDALE   State FL   ZIP 33312

**2 Your Internal Billing Reference**
*First 24 characters will appear on invoice.*

**3 To**

Recipient's Name _____   Phone ( )

Company _____   007984

Address _____

**4a Express Package Service**   *Packages up to 150 lb.*
☐ FedEx Priority Overnight   ☐ FedEx Standard Overnight   ☐ FedEx First Overnight
☐ FedEx 2Day   ☐ FedEx Express Saver

**4b Express Freight Service**   *Packages over 150 lb.*
☐ FedEx 1Day Freight   ☐ FedEx 2Day Freight   ☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Letter   ☐ FedEx Pak   ☐ Other Pkg.

**6 Special Handling**
☐ Saturday Delivery   ☐ Sunday Delivery   ☐ HOLD Weekday at FedEx Location   ☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes   ☐ Yes   ☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment** *Bill to:*
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: 7/28/99                                    FAXED

TO: Tropical Marine
    Fax# 954 - 763 - 5280   voice 763 - 1366
    Attn: Gus

FROM: Rick

RE: Electrical Switches (2)

TOTAL PAGES INCLUDING COVER: 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES: Enterprise Jobs # 5 and 25

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com   boatpdlr@worldnet.att.com

007985

Euterprise
Jobs #'s  5 + 25

EAO switch Corporation
198 Pepe's Farm Road
milford, CT 06460
(203) 877-4577 voice (203) 877-3694 Fax
info@easoswitch.com



007986

# YACHTS EAST INC.

### FACSIMILE COVER SHEET

DATE: 7/23/99

TO: Applied design
    524-6612  FAX
    Attn  Lisa + Tom

FROM: Rick

RE: R.J. Enterprise

TOTAL PAGES INCLUDING COVER: 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES: Here's the tank drawings from
Neptunus. As we discussed, please quote
As prefabed in the shop out of
stainless, and final assumbled in place
in the boat, using As large a section
of new material As we can fit thru
the hatch ways,  Thanks

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol.com   boatpdlr@worldnet.att.com                007987

Top View



76 13/16 &

1 ∞

Buffle

.37 1/4 "

Buffle

16 "

53"

← 20 1/2 →

f.

1 1/2" Fill    1" vent

SIDE VIEW



metric measurements

370

BOTTOM ANGLE 29°

metric measurements 1060

700

MAX.

MOUNT. BLOCK. 50×5. WITH 6"

57.0

SIDE ANGLE 44°

200

WATER TANK 650 T WITH L COMPART MM WITH A 460 MM FLOW T...

986400



007989



R.J ENTERPRISE WATER TANK — NOT TO SCALE

TANK

←—22″—→

FORWARD STATEROOM

FORWARD PASSAGEWAY

"6"

~8″

TO MAIN SALON

←—25″—→

SALON

64″

FORWARD STATEROOM

WATER TANK

PASSAGEWAY AFT DOOR

007990



Enterprise

## NOTES:

A and B are 24 V solenoid valves

Pumps 1 and 2 are normally controlled by the Auto-fuel System. They can also be activated by the Manual Fuel By-pass button.

Before using the By-pass button, one or both of the manual valves that loop past the solenoids must be opened.

C and D are Head Hunter Level Probes, each with an air pump to maintain level accuracy.

E and F are air pumps for Head Hunter tank level meters

NOTE: VOLUMES GIVEN IN U.S. GA...

007991







007994





007996

Haul - repair st.bd crack below water line
Repair st.bd trim tab & indicators

Port head water does not stop running
in bowl

Flybridge - stern thruster switch not
functional

repair display
Remove Flybridge Northstar GPS and

Cigerette lighter on bridge - replace

anchor windlass chain - not right
size? - replace with right size
Find or replace brake bar for windless
Wax Hull

install spare props in port garage

Flush and prove clean fresh water tank
and install new filter if necessary

Wash Boat !!!

Georg  661 - 818   8638

Mark                          60        3.

Tim Moore                  486?      510
440 354 4253

007997

### YACHTS EAST, INC.
### Work Order & Ship Repair Contract

| Vessel: Enterprise | | Date: 6/7/99 |
|---|---|---|
| Owner: Charles Osborne | Phone | Fax: |
| Address: | | |

| Job No. | Description of Work | Job Code |
|---|---|---|
| 1 | Haul, launch, block, laydays, dockage, cover, protect, clean | |
| 2 | Repair stbd crack below water line. | |
| 3 | Repair stbd trim tab & indicators | |
| 4 | Port head - water does not stop running    OK | |
| 5 | Fly bridge - stern thruster switch not functional | |
| 6 | Replace Northstar GPS & cigarette lighter on Flybridge | |
| 7 | Replace anchor windless chain with correct size    or chain pull | |
| 8 | Find or replace brake bar for windless | |
| 9 | Wax Hull & Top Sides | |
| 10 | Install spare props in port garage | |
| 11 | Flush & prove clean fresh water tank, install filter if necessary | |
| 12 | Wash Boat | |
| | | |
| | | |
| | | |
| | | |
| | | |

It is understood that the above prices are subject to Florida State Sales Tax where applicable. Receipt of a copy of this Work Order is hereby acknowledged. Labor rates are $32.5/hour for cleaning and $52.5/hour for all other work. Labor rates do not include dockage or travel time. All work will be invoiced on a weekly basis. Invoices are due upon receipt. Any invoice that is not paid within 30 days will be subject to a 1½% Finance Charge and will be liable to collection proceedings that may be reflected on your credit report. We regret that our insurance company will not allow persons to live aboard any vessel while under this contract.

_____                6 - 5 - 99
Owner or Authorized Representative    Date    Yachts East Inc.                Date

007998

# YACHTS EAST, INC.

### WARRANTY/INSURANCE POLICIES

We at Yachts East, Inc. provide services to repair and maintain yachts. A vessel at our location, expecting warranty services must have in writing an approved work order from the warranty manufacturer before the inception of services. If other warranty items surface during the approved services, those also must be added into a signed work order before work will commence.

Payment in full, including parts, labor and dockage will be expected before the release of the vessel. Our relationship is with you the owner, not your insurance company or vessel manufacturer. You will be liable for all invoices except where we are able to bill the manufacturer directly. Further, dockage, captain's and mates fees are not covered by warranty and are the sole responsibility of the owner. You will also be liable for any work that is rejected by the manufacturer or insurance company.

Agreed and Accepted:

_____    6-9-99
Vessel Owner (Authorized Representative)                Date

007999

### YACHTS EAST, INC.
#### Work Order & Ship Repair Contract

| Vessel: Enterprise | | Date: 6/7/99 |
|---|---|---|
| Owner: Charles Osborne | Phone | Fax: |
| Address: | | |

| Job No. | Description of Work | Job Code |
|---|---|---|
| 1 | Haul, launch, block, laydays, dockage, cover, protect, clean | |
| 2 | Repair stbd crack below water line. | |
| 3 | Repair stbd trim tab & indicators | |
| 4 | Port head - water does not stop running | |
| 5 | Fly bridge - stern thruster switch not functional | |
| 6 | Replace Northstar GPS & cigarette lighter on Flybridge | |
| 7 | Replace anchor windlass chain with correct size | |
| 8 | Find or replace brake bar for windlass | |
| 9 | Wax Hull | |
| 10 | Install spare props in port garage | |
| 11 | Flush & prove clean fresh water tank, install filter if necessary | |
| 12 | Wash Boat | |
| | | |
| | | |
| | | |
| | | |
| | | |

It is understood that the above prices are subject to Florida State Sales Tax where applicable. Receipt of a copy of this Work Order is hereby acknowledged. Labor rates are $32.5/hour for cleaning and $52.5/hour for all other work. Labor rates do not include dockage or travel time. All work will be invoiced on a weekly basis. Invoices are due upon receipt. Any invoice that is not paid within 30 days will be subject to a 1½% Finance Charge and will be liable to collection proceedings that may be reflected on your credit report. We regret that our insurance company will not allow persons to live aboard any vessel while under this contract.

_____ 6/14/99    _____
Owner or Authorized Representative    Date    Yachts East Inc.    Date

# YACHTS EAST, INC.

### WARRANTY/INSURANCE POLICIES

We at Yachts East, Inc. provide services to repair and maintain yachts. A vessel at our location, expecting warranty services must have in writing an approved work order from the warranty manufacturer before the inception of services. If other warranty items surface during the approved services, those also must be added into a signed work order before work will commence.

Payment in full, including parts, labor and dockage will be expected before the release of the vessel. Our relationship is with you the owner, not your insurance company or vessel manufacturer. You will be liable for all invoices except where we are able to bill the manufacturer directly. Further, dockage captain's and mates fees are not covered by warranty and are the sole responsibility of the owner. You will also be liable for any work that is rejected by the manufacturer or insurance company.

Agreed and Accepted:

_____          6/10/99
Vessel Owner (Authorized Representative)                    Date

008001



008002

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: _____7/26/99_____

TO: _____Zach_____

_____

FROM: _Cindy Walker_____

RE: _____

TOTAL PAGES INCLUDING COVER: _5_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES: Following are drawings of the tanks boat
on the vessel Enterprise that we would
like an estimate on a pool liner Made
having

Thank

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com   boatpdlr@worldnet.att.com

008003



Top View

76 11/16

Baffle

.37 1/4"

Baffle

16"

53"

20 1/2

1 1/2" Fill    1" Vent

SIDE VIEW

metric measurements

380

metric measurements 1060

BOTTOM ANGLE 27°

MAX.

MOUNT. BRACK. 50 x 5. WITH Ø

100

SIDE ANGLE 44°

200

WATERTANK 650 1 WITH L COMPART MENU WITH A Ø60 MM FLOWT..

008004





R.J Enterprise   WATER TANK

DRAWING NOT TO SCALE

TANK

FORWARD STATEROOM

|←— 33″ —→|

FORWARD PASSAGEWAY

σ=

8″

TO MAIN Salo

|←— 25″ —→|

SALon

FORWARD STATEROOM

64″

008006

WATER TANK

Enterprise

ENGINE ROOM

BOWTHRUSTER

**MAIN TANK PORT #3**

**MAIN TANK STB #4**

**HOLDING TANK 265 GAL**

**MAIN TANK PORT #3 365 GAL**

**MAIN TANK STB #4 365 GAL**

DECK FILL #3

DECK FILL #4

**AUX AFT TANK #2 402 GAL**

**AUX FWD TANK #1 573 GAL**

**WATER 312 GAL**

DECK FILL #2

DECK FILL #1

PUMP 1

PUMP 2

2-WAY TRANSFER PUMP

To port engine

To stb. engine

From Aux Fwd Tank 1

From Aux Aft Tank 2

A

B

C

D

A and B are 24 V solenoid valves.

Pumps 1 and 2 are normally controlled by the Auto-fuel System. They can also be activated by the Manual Fuel By-pass button.
Before using the By-pass button one or both of the manual valves that loop past the solenoids must be opened.

C and D are Head Hunter Level Probes, each with an air pump to maintain level accuracy.

E and F are air pumps for Head Hunter tank level meters

NOTE: VOLUMES GIVEN IN U.S. G...
THIS IS THE
ONLY F/W
TANK 560...

0007



R.J Enterprise    WATERTANK    DRAWING NOT TO SCALE

TANK

FOREWARD StateRoom

|←— 22" —→|

FORWARD PASSAGEWAY

9½"

8"

To MAIN Salon

|←— 25" —→|

Salon

64"

FORWARD STATEROOM

008009

WATER TANK

Top View

Side View

WATERTANK (50 T
WITH L COMPART MAN
WITH A ø60 MM FLOW

0.08010

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: __7/27/99__

TO: __WARDS - SAles/pARts__
__523-1967__



FROM: __Rick__

RE: __Need 2 of these switches__

TOTAL PAGES INCLUDING COVER: __2__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES:  Do you stock the following
switches, OR cAn you recommend
A supplieR? Please call + Advise
Thanks

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com    boatpdlr@worldnet.att.com

008011

Enterprise
Jobs #'s  5 + 25



008012

# YACHTS EAST INC.

**FACSIMILE COVER SHEET**

DATE: 7/27/99

TO: Wards - Sales/parts
    523-1967

FROM: Rick

RE: Need 2 of these switches

TOTAL PAGES INCLUDING COVER: 2

*NO STOCK*
*TRY GOS*
*AT TROPICAL*
*MARINE*
*763-1366*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES: Do you stock the following
switches, or can you recommend
A supplier? Please call + Advise
Thanks

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com   boatpdlr@worldnet.att.com

008013

# YACHTS EAST INC.

FACSIMILE COVER SHEET

DATE: ___FAXED___ 7-7-99

TO: _Charles Osborn_

_____

_____

FROM: _Cindy-Marie Walker_

RE: _____

TOTAL PAGES INCLUDING COVER: _2_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTES: Thought you might need this to do battle
with your insurance Company. Let me know
If we can do anything to help.

Cindy-Marie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHOULD YOU NOT RECEIVE ALL OF THE PAGES INDICATED,
PLEASE CALL US AT (954) 584-6666.

2955 State Road 84, Bay B-4 \* Ft. Lauderdale, FL 33312
(954) 584-6666 \*\* FAX (954) 584-0335
e-mail boatpdler@aol.com    boatpdlr@worldnet.att.com

008014



**Intermodal Transportation Services, Inc.**

4820 North State Road 7, Suite 200
P.O. Box 49-1450
Ft. Lauderdale, FL 33349-1450
Telephone: 954-735-2901
Fax: 954-735-0317

By fax and mail

July 6, 1999

Yachts East
2955 State Road 84
Ft. Lauderdale, Fl. 33312
Attention: Ms. Cindy Walker

Subject: Assured: Charles Osborne
          Reported damage to 1996 Kawasaki XL Supersport Jet Ski
          Our reference: 90620-15773

Dear Ms. Walker:

This will confirm our phone conversation today.

Your company's salvage bid totaling $500.00 has been accepted as a fair and reasonable bid for the salvage. Please forward salvage proceeds direct to the owner, Mr. Charles Osborne.

Thank you for your attention to this matter.

All actions in this matter are without prejudice and for the account of whom it may concern.

INTERMODAL TRANSPORTATION SERVICES, INC.

By:

RICHARD D. THOMPSON, A.M.S.
MARINE SURVEYOR

cc: GRE Insurance Group
    Attn: Kathy Finkenor
    Reference: 1231986

008015

ITS . . . "The Quality Team"

09/02/1999

Customer: CHARLES OSBORN
Address: INSURANCE CLAIM

Job# 22

**ENTERPRISE-OWNER**
**INVOICE #50475-7**

Yachts East, Inc.
2955 State Road 84, Bay B-4
Ft. Lauderdale, FL 33312
954-584-6666 office
954-584-0335 fax

008016

REPAIR DAMAGE CAUSED BY 7/7/99 ACCIDENT

| Work Date | Description of work | Rate | Worker's Name | Hours | Labor |
|---|---|---|---|---|---|
| 07/08/1999 | pull boat back out | 32.50 | Welz Oliver | 3.25 | $105.63 |
| 07/08/1999 | frank & jimmy's -brass key stock | 30.00 | Welz Oliver | 1.00 | $30.00 |
| 07/08/1999 | bennett - trim tabs | 30.00 | Welz Oliver | 2.25 | $67.50 |
| 07/08/1999 | lewis drop off rams | 30.00 | Welz Oliver | 2.00 | $60.00 |
| 07/08/1999 | clamps - parts run lewis marine | 30.00 | Welz Oliver | 2.00 | $60.00 |
| 07/08/1999 | McD & Satellte - parts run | 30.00 | Welz Oliver | 2.25 | $67.50 |
| 07/08/1999 | check haul out & blocking,inspect underwater damage, remove trim tabs gear | 52.50 | Rick Cogswell | 3.50 | $183.75 |
| 07/08/1999 | remove shaft cable  list numbers | 52.50 | Rick Cogswell | 2.00 | $105.00 |
| 07/08/1999 | set up shift cables/switch ends to new cables, install stbd cable, install stbd seacock handle | 52.50 | Rick Cogswell | 2.75 | $144.38 |
| 07/08/1999 | take out rails and assist roger w/anchor | 32.50 | Francis Quintall | 3.50 | $113.75 |
| 07/08/1999 | straighten out trim tab | 32.50 | Francis Quintall | 2.50 | $81.25 |
| 07/08/1999 | remove trim tab and straighten | 52.50 | Roger Roberge | 3.50 | $183.75 |
| 07/08/1999 | reinstall tab & new bennett actuator | 52.50 | Roger Roberge | 4.00 | $210.00 |
| 07/08/1999 | remove old sprocket | 52.50 | Roger Roberge | 2.00 | $105.00 |
| 07/16/1999 | reinstall rebuilt rams | 52.50 | Roger Roberge | 3.00 | $157.50 |
| 07/16/1999 | remove starboard stairway | 52.50 | Roger Roberge | 2.00 | $105.00 |
| 07/16/1999 | Install and check shifting cables and stbd outboard seacock handle | 52.50 | Rick Cogswell | 2.00 | $105.00 |
| 07/16/1999 | reinstall pump rams | 32.50 | Francis Quintall | 3.00 | $97.50 |
| 07/16/1999 | touch up bottom paint | 32.50 | Jorge Valverde | 2.00 | $65.00 |
| 07/16/1999 | remove back steps | 32.50 | Jorge Valverde | 1.50 | $48.75 |
| 07/16/1999 | causeway lumber | 32.50 | Welz Oliver | 1.50 | $48.75 |
| 07/19/1999 | order fender | 52.50 | Rick Cogswell | 1.25 | $65.63 |
| 07/19/1999 | take out trash and move jet skis | 32.50 | Jorge Valverde | 1.75 | $56.88 |
| 07/19/1999 | help move step and bring compressor | 32.50 | Jorge Valverde | 1.50 | $48.75 |
| 07/19/1999 | put jet skis on trailer | 32.50 | Francis Quintall | 1.50 | $48.75 |
| 07/19/1999 | fix stairs and grind stairs to get ready for fiberglass | 32.50 | Francis Quintall | 4.50 | $146.25 |
| 07/19/1999 | start repairs on stairway hatch, load jet skis on trailer and put davie on pallets of side | 52.50 | Roger Roberge | 7.00 | $367.50 |
| 07/20/1999 | grind fiberglass on steps | 32.50 | Francis Quintall | 9.75 | $316.88 |
| 07/20/1999 | Assist with fiberglass repair on steps | 32.50 | Jorge Valverde | 9.75 | $316.88 |
| 07/20/1999 | Joe's Auto Marine - pick up parts | 30.00 | Welz Oliver | 1.50 | $45.00 |
| 07/21/1999 | Work on stairs | 32.50 | Francis Quintall | 9.50 | $308.75 |
| 07/21/1999 | Sand fiberglass, apply duraglass | 32.50 | Jorge Valverde | 9.50 | $308.75 |
| 07/22/1999 | work on stairs | 32.50 | Francis Quintall | 9.50 | $308.75 |

810800

| Date | Description | Rate | Name | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/1999 | work on stairs | 32.50 | Francis Quintall | 9.50 | $308.75 |
| 07/26/1999 | duraglass sand paint sand buff | 32.50 | Francis Quintall | 5.25 | $170.63 |
| 07/28/1999 | buff | 32.50 | Cristobal Salmer | 6.25 | $203.13 |
| 07/28/1999 | buff | 32.50 | Jorge Valverde | 0.50 | $16.25 |
| 07/27/1999 | buff | 32.50 | Jorge Valverde | 0.50 | $16.25 |
| 07/27/1999 | buff flybridge | 32.50 | Jamal Lynch | 5.75 | $186.88 |
| 07/28/1999 | buff pilot hosue roof, rinse flybridge deck | 32.50 | Jamal Lynch | 7.75 | $251.88 |
| 08/07/1999 | prep and putty on side | 32.50 | Cristobal Salmer | 4.25 | $138.13 |
| 07/29/1999 | joes auto marine | 30.00 | Welz Oliver | 0.50 | $15.00 |
| 07/30/1999 | buff wax | 32.50 | Cristobal Salmer | 4.75 | $154.38 |
| 07/30/1999 | wash top sides | 32.50 | Jamal Lynch | 8.50 | $276.25 |
| 08/02/1999 | buffed Jetski well and lines between/washed stairs | 32.50 | Jamal Lynch | 2.00 | $65.00 |
| 08/06/1999 | prep stairs | 32.50 | Cristobal Salmer | 3.75 | $121.88 |
| 08/06/1999 | Work on stairs | 32.50 | Francis Quintall | 2.00 | $65.00 |
| 08/07/1999 | prep stairs to be painted | 32.50 | Francis Quintall | 4.50 | $146.25 |
| 08/07/1999 | paint stairs | 32.50 | Francis Quintall | 2.75 | $89.38 |
| 08/07/1999 | home depot | 30.00 | Welz Oliver | 0.50 | $15.00 |
| 08/09/1999 | fix stairs | 32.50 | Cristobal Salmer | 8.00 | $260.00 |
| 08/09/1999 | apply nonskid to stairs | 52.50 | Roger Roberge | 1.00 | $52.50 |
| 08/09/1999 | work on stairs | 32.50 | Francis Quintall | 8.75 | $284.38 |
| 08/10/1999 | work on stairs | 32.50 | Francis Quintall | 8.75 | $284.38 |
| 08/10/1999 | fix stairs | 32.50 | Cristobal Salmer | 9.00 | $292.50 |
| 08/11/1999 | put stairs on and fix the nonskid | 32.50 | Cristobal Salmer | 5.25 | $170.63 |
| 08/11/1999 | work on door | 52.50 | Brian Boddington | 2.50 | $131.25 |
| 08/11/1999 | install door and test systems | 52.50 | Brian Boddington | 3.25 | $170.63 |
| 08/11/1999 | Install stairs | 32.50 | Francis Quintall | 1.00 | $32.50 |
| 08/11/1999 | cut out wood in stairs and paint | 32.50 | Francis Quintall | 1.00 | $32.50 |
| 08/11/1999 | grind and vaccum hatch for stairs | 32.50 | Francis Quintall | 2.00 | $65.00 |
| 08/11/1999 | get stairs ready to install | 52.50 | Roger Roberge | 1.50 | $78.75 |
| 08/11/1999 | Install stairs/trim down control access door so will clear stairs, rewire lights | 52.50 | Roger Roberge | 4.75 | $249.38 |
| 08/12/1999 | graind fiberglass and paint stairs | 32.50 | Francis Quintall | 5.75 | $186.88 |
| 08/13/1999 | Sand gelcoat, paint, install control switch | 32.50 | Francis Quintall | 2.25 | $73.13 |
| 08/12/1999 | sand the nonskid - prep | 32.50 | Cristobal Salmer | 2.50 | $81.25 |
| 08/12/1999 | replace nonskid spray some paint | 32.50 | Cristobal Salmer | 5.25 | $170.63 |
| 08/16/1999 | Reinstall rub rail | 32.50 | Francis Quintall | 2.50 | $81.25 |
| 08/23/1999 | putty grind to lay fiberglass vaccume and wash down | 32.50 | Francis Quintall | 3.00 | $97.50 |
| 08/23/1999 | applied design | 30.00 | Welz Oliver | 0.50 | $15.00 |
| 08/23/1999 | make stairs fit | 52.50 | Roger Roberge | 1.50 | $78.75 |
| 08/24/1999 | gold coast, west marine | 30.00 | Welz Oliver | 1.00 | $30.00 |
| 08/24/1999 | fiberglass stairs | 32.50 | Francis Quintall | 3.25 | $105.63 |
| 08/25/1999 | sand fiberglass paint steps | 32.50 | Francis Quintall | 2.00 | $65.00 |
| 08/27/1999 | applied design. | 30.00 | Welz Oliver | 0.25 | $7.50 |
| avg rate | | | | 274.00 | $9,620.63 |

| Prchs Date | Description of Item | Item Price |
|---|---|---|
| 07/08/1999 | Lewis Marine - 2 Morse 33C Supreme Control Cables | $62.38 |
| 07/08/1999 | McDonald's - Cotter Pins | $0.38 |
| 07/08/1999 | Lewis Marine - Cable clamps | $3.43 |
| 07/13/1999 | Global Adventure Marine - Survey, photos etc: 7 hrs @ $150/hour plus $250 for photos | $1,300.00 |
| 07/14/1999 | Inventory - OH self tapping screws, washers | $0.48 |
| 07/14/1999 | Inventory - OH self tapping screws, washers | $0.48 |
| 07/16/1999 | Marine Control Systems - rebuild Hynaulic rams | $337.20 |
| 07/16/1999 | Causeway Lumber - 3/4" Marine Plywood for stairs | $89.39 |
| 07/19/1999 | Lewis Marine - HTM Black Fender | $81.76 |
| 07/19/1999 | Hurricane Harbor - forklift rental | $55.00 |
| 07/21/1999 | Inventory - sand paper | $4.32 |
| 07/22/1999 | Gold Coast - Duraglass, evercoat | $40.22 |
| 07/20/1999 | Joe's Auto Marine - Biaxial, aqua buff | $112.01 |
| 07/16/1999 | New River Marine - Haul, launch, block, lay days | $1,617.75 |
| 07/29/1999 | Joe's Auto Marine - aqua buff | $59.27 |
| 08/11/1999 | Hurricane Harbor - forklift rental | $96.00 |
| 08/19/1999 | Postage - mail survey report | $1.21 |
| 08/24/1999 | Port Supply - Meguiars 50 | $39.26 |
| 08/24/1999 | Gold Coast - polyshield, acetone | $122.05 |
| 08/24/1999 | Neptunus - 12' rub rail | $520.80 |
| 08/27/1999 | Applied Design - SS endcaps for rubrail | $65.40 |
| 09/02/1999 | Neptunus - 3" x 3" non skid, matching gel coat | $420.00 |

| | |
|---|---|
| JOB#22 subtotal: | $14,849.42 |
| | $5,028.79  Total Materials |

INVOICE INFORMATION:

| | |
|---|---|
| Master Amount: | $14,849.42 |
| Florida Sales Tax: | $890.97 |
| Liability/Environmental: | $342.70 |
| **Current Due Yachts East:** | **$16,083.08** |

008017

*Enterprise   7/7/99  2:00 PM*

Boat With Rick Coswel at Controles
My Self Roger Roberge in engen Room inspecting
For Water Leaks When Boat was set in Water and To
Make Sure engens picked up Raw Water Prime at Start
up

Then I went up on Deck To watch to see
if Thrusters Were Working property and Forword
and Reverse Controles Worked property Be For Being
Rebleased From Travel Lift

Once Releabed Rick Reversed Boat
To Come out of Slip and The Boat Wouldent Stop
going in Reverse it Stamed a piling on other side
of River and ~~started going to shelrn The~~ and
Rick Shut Down engens ahediatly and Boat Cept
Turning to Starbord. We puld Boat Back into
Slip and Tied up Boat and inspected Damage
and Looked For Reason For Problem

008019

7/7/99

Dave Henderson

RJ Enterprise

Upon launching the vessel from drydock
Afterwhich waiting, the generator + engines
were started + checked for cooling
raw water flow. The Bridge station did not
select for control activation, so the
lower station was activated + appeared
to properly select.

The bridge station was then selected
and appeared to activate properly.
Thrusters were test operated, the stern
thruster bridge control did not engage the
thruster, which was expected, as it
is a repair order item. Bow thruster
operated correctly.

The Helm was turned port to stbd
lock to lock, then centered.

The Engines were briefly tested in gear, then
returned to neutral.

The Travel lift operator was given the
OK to lower the remaining slings on
the lift (the forward pair), and upon
being given the all clear, the stbd
engine was reversed and the port engine
was operated ahead briefly to
align the boat with the haulout slip,
Then Both engines were returned to neutral

Both engines were reversed + vessel backed out of haul out slip.

RPM's in reverse were momentarily increased to clear slip then returned to idle, then neutral.

Both engines were shifted ahead to slow stern way as the bow cleared slip. Sternway did not fall off noticeably so both throttles were increased, then slowly idled, then neutraled. Sternway increased + vessel collided with the dock at st slow speed. Engines were reversed

Crew was directed to fend off as possible while problem with controls was attempted to be corrected. Emergency override manual control was activated with no apparent control function. Vessel still Engines were shut down, and vessel tied to dock across channel.

New River marine assisted w/ inflatable to pull vessel back across channel And vessel was secured in travel lift slip.

reverse

# YACHTS EAST INC.

STATEMENT:   Roger Roberge

DATE:            7 July 1999

REF:              Accident involving Vessel Enterprise


Rick Cogswell was at the controls and I was in the engine room inspecting for water leaks when boat was set in the water and to make sure engines picked up raw water prime at start up.

I went up on deck to watch and see if the thrusters were working properly and forward and reverse controls worked properly before being released from the travel lift.

Once release, Rick reversed the boat to come out of the slip and the boat wouldn't stop going in reverse. It slammed into a piling on the other side of the river and Rick shut down the engines immediately and the boat kept turning to starboard. We put the boat back into the slip and tied it up. We inspected damage and looked for reason for problem.

*Roger Roberge*
Roger Roberge

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com    boatpdlr@worldnet.att.com

008022

# YACHTS EAST INC.

STATEMENT:  Rick Cogswell

DATE:  7 July 1999

REF:  Accident involving Vessel Enterprise

Upon launching the vessel from drydock at New River Marina, the generator and engines were started and checked for cooling raw water flow. The Bridge Station did not select for control activation, so the lower station was activated and appeared to properly select.

The bridge station was then selected and appeared to activate properly. Thrusters were test operated, the stern thruster bridge control did not engage the thruster, which was expected, as it is a repair order item. The bow thruster operated correctly.

The helm was turned port to starboard, lock to lock, then centered.

The engines were briefly tested in gear, then returned to neutral.

The travel lift operator was given the ok to lower the remaining slings on the lift (the forward pair) and upon being given the all clear, the starboard engine was reversed and the port engine was operated ahead briefly to align the boat in the haul out slip, then both engines were returned to neutral.

Both engines were reversed and the vessel backed out of the haul out slip. RPM's in reverse were momentarily increased to clear slip then returned to idle, then neutral.

Both engines were shifted ahead to slow stern way as the bow cleared the slip. Stern way did not fall off noticeably so both throttles were increased in forward gear, idled, then shifted to neutral. Stern way increased and the vessel collided with the dock at the aft starboard side. The crew was directed to fend off as possible while an attempt was made to solve the problem with the controls. Emergency override manual control was activated with no apparent control function. The vessel still appeared to be in reverse. Both engines were shut down and the vessel was tied to the dock across the channel at Bradford Marine.

New River Marine assisted with their inflatable to pull vessel back across channel and the vessel was secured in the travel lift slip.

Rick Cogswell

*R.B. Cogswell*

2955 State Road 84, Bay B-4 * Ft. Lauderdale, FL 33312
(954) 584-6666 ** FAX (954) 584-0335
e-mail boatpdler@aol com    boatpdlr@worldnet.att.com

008023