UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

     Plaintiff,

v.

*M/V Enterprise*, her engines, tackle, apparel
and other appurtenances, *in rem*, and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam*,

     Defendants.



## JOINT SCHEDULING REPORT

COMES NOW, the parties to this case, pursuant to S.D. FLA. L.R. 16.1.B.7 and

the following Joint Scheduling Report. The parties apologize to the Court for failing to timely

file this Report.

### A.   DISCOVERY SCHEDULE

1.    Exchange of all relevant documents complete by November 30, 2000
2.    Depositions of principals complete by December 31, 2000
3.    All discovery to be complete by March 31, 2001

### B.   POSSIBILITY OF SETTLEMENT

Settlement is possible. If case is not settled by
November 30, 2000, the parties agree to mediate case before February 28,
2001.



**C.    ADDITIONAL PARTIES**

No additional parties are anticipated at this time, but discovery may reveal such need. Upon discovery of need to join additional parties, the parties shall act promptly.

**D.    TIME LIMITS**

1.    Amendments to pleadings and Motions to Join New Parties must be filed by December 31, 2000.
2.    All dispositive motions must be filed by April 30, 2001.
3.    Discovery completion date shall be March 31, 2001.

**E.    PROPOSALS FOR FORMULATION AND SIMPLIFICATION OF ISSUES**

None known at present. The parties shall work to simplify the issues.

**F.    AMENDMENTS TO PLEADINGS**

None presently contemplated other than Yachts East's Motion to Amend Affirmative Defenses to CO Enterprise, LTD's Counter Claim.

**G.    STIPULATIONS**

None at present. Should case go to trial, the parties shall make a good faith effort to agree on authenticity of documents.

**H.    CUMULATIVE EVIDENCE**

The parties shall make a good faith effort to avoid unnecessary proof and cumulative evidence.

**I.    MAGISTRATE JUDGE OR GENERAL MASTER OPTION**

The parties do not object to assignment of this case to a Magistrate judge or General Master for discovery issues only.

**J.    ESTIMATE OF TIME REQUIRED FOR TRIAL**

Two days.

*Yachts East, Inc. vs. M/V Enterprise*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

### K.    CONFERENCE AND TRIAL DATES

1.    The parties suggest May 15, 2001 for said Fed.R.Civ.P. 16(a) Pretrial Conference

2.    Suggested trial date:  June 4, 2001

### L.    OTHER INFORMATION

A Joint Proposed Scheduling Order is attached hereto.

Respectfully submitted this _____ day of August, 2000 by:

COONEY, MATTSON, LANCE
BLACKBURN, RICHARDS & O'CONNOR, P.A.
Attorneys for Yachts East, Inc.
2312 Wilton Dr.
P.O. Box 14546
Fort Lauderdale, FL  33302
(954) 568-6669; Fax (954) 568-0085

By: _____ FBN933804
    ACE J. BLACKBURN, JR.
    Fla. Bar No.: 347140

ARAN, CORREA & GUARCH, P.A.
Attorney for Defendants M/V Enterprise *et al*
710 S. Dixie Highway
Coral Gables, FL  33146
(305) 665-3400; Fax (305) 665-2250

By: _____
    CHRISTIAN D. KEEDY, ESQ.
    Fla. Bar No.: 151619

JAMES W. STROUP. P.A.
Attorneys for Yachts East, Inc.
119 S.E. 12ᵗʰ St.
Ft. Lauderdale, FL  33316
(954) 462-8808; Fax (954) 462-0278

By: _____
    JAMES W. STROUP, ESQ.
    Fla. Bar No.: 0842117

3

*Yachts East, Inc. vs. M/V Enterprise*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

### K.   CONFERENCE AND TRIAL DATES

1.   The parties suggest May 15, 2001 for said Fed.R.Civ.P. 16(a) Pretrial Conference
2.   Suggested trial date: June 4, 2001

### L.   OTHER INFORMATION

A Joint Proposed Scheduling Order is attached hereto.

Respectfully submitted this 25th day of August, 2000 by:

COONEY, MATTSON, LANCE
BLACKBURN, RICHARDS & O'CONNOR, P.A.
Attorneys for Yachts East, Inc.
2312 Wilton Dr.
P.O. Box 14546
Fort Lauderdale, FL  33302
(954) 568-6669; Fax (954) 568-0085


By:_____
          ACE J. BLACKBURN, JR.
          Fla. Bar No.: 347140

ARAN, CORREA & GUARCH, P.A.
Attorney for Defendants M/V Enterprise *et al*
710 S. Dixie Highway
Coral Gables, FL  33146
(305) 665-3400; Fax (305) 665-2250


By:_____
          CHRISTIAN D. KEEDY, ESQ.
          Fla. Bar No.: 151619

JAMES W. STROUP. P.A.
Attorneys for Yachts East, Inc.
119 S.E. 12th St.
Ft. Lauderdale, FL  33316
(954) 462-8808; Fax (954) 462-0278


By_____
          JAMES W. STROUP, ESQ.
          Fla. Bar No.: 0842117

3

*Yachts East, Inc. vs. M/V Enterprise*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

## K.    CONFERENCE AND TRIAL DATES

1.    The parties suggest May 15, 2001 for said Fed.R.Civ.P. 16(a) Pretrial Conference

2.    Suggested trial date: June 4, 2001

## L.    OTHER INFORMATION

A Joint Proposed Scheduling Order is attached hereto.

Respectfully submitted this $\overset{+\text{th}}{25}$ day of August, 2000 by:

COONEY, MATTSON, LANCE
BLACKBURN, RICHARDS & O'CONNOR, P.A.
Attorneys for Yachts East, Inc.
2312 Wilton Dr
P.O. Box 14546
Fort Lauderdale, FL 33302
(954) 568-6669; Fax (954) 568-0085

JAMES W. STROUP. P.A.
Attorneys for Yachts East, Inc.
119 S.E. 12th St
Ft. Lauderdale, FL 33316
(954) 462-8808; Fax (954) 462-0278

By: _____
        ACE J. BLACKBURN, JR.
        Fla. Bar No.: 347140

By: _____
        JAMES W. STROUP, ESQ.
        Fla. Bar No.: 0842117

ARAN, CORREA & GUARCH, P.A.
Attorney for Defendants M/V Enterprise *et al*
710 S. Dixie Highway
Coral Gables, FL 33146
(305) 665-3400; Fax (305) 665-2250

By: _____
        CHRISTIAN D. KEEDY, ESQ.
        Fla. Bar No.: 151619

3