UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CIV-ZLOCH

YACHTS EAST, INC.,
a Florida corporation,

    Plaintiff,

vs.                          **O R D E R**

*M/V ENTERPRISE,* her engines,
tackle, and other appurtenances,
*in rem*, and COENTERPRISE LTD.,
and CHARLES OSBORN, *in personam*,

    Defendants.
_____/



FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Plaintiff/Counter Defendant, Yachts East, Inc.'s Motion for Leave to Amend Affirmative Defenses, bearing file stamp of the Clerk of this Court dated September 8, 2000. The court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Plaintiff/Counter Defendant, Yachts East, Inc.'s aforementioned Motion For Leave To Amend Affirmative Defenses be and the same is hereby **DENIED** without prejudice for failure to comply with Rule 7.1(A)(4) of the Local Rules of the United States District Court for the Southern District Of Florida.

    **IT IS FURTHER ORDERED AND ADJUDGED that Ace J. Blackburn, Esquire, counsel of record for Plaintiff/Counter Defendant,**

**immediately upon receipt of same, shall provide copies of this Order to all counsel of record in the above-styled cause**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of September, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copy furnished:

Ace J. Blackburn, Esq.

2