00-1119 AJB/DFT/tm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

    Plaintiff,

v.

*M/V Enterprise,* her engines, tackle, apparel
and other appurtenances, *in rem,* and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam,*

    Defendant.

_____/



## RENEWED MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES

Plaintiff/Counter Defendant, YACHTS EAST, INC., hereinafter referred to as "YACHTS EAST," through counsel, files this Renewed Motion for Leave to Amend Affirmative Defenses to Defendant's Counterclaim and states:

**NOTE: This Motion was previously filed on 9/8/00 but was denied without prejudice for failure to comply with Local Rule 7.1(A)(4). The undersigned apologizes to the Court for the inconvenience caused by said failure.**

1. This is a dispute between Plaintiff, YACHTS EAST, a yacht repair company and the M/V ENTERPRISE, hereinafter referred to as "ENTERPRISE," regarding repairs by the Plaintiff to the ENTERPRISE.

2. Plaintiff filed its Complaint and Defendant Counterclaimed. Subsequently to the filing of Plaintiff's Answer and Affirmative Defenses to Defendant's

*YACHTS EAST, INC. v. M/V Enterprise*
Case No: 00-6072 CIV-ZLOCH

Counterclaim, investigation revealed additional affirmative defenses relative to Counter-Plaintiff's negligence claim.

3. Specifically, YACHTS EAST would state that it is not responsible for the alleged damages caused by the "backing" incident because of Counter-Plaintiff's failure to repair or bring the defective condition of the vessel's throttle to the attention of Counter-Defendant YACHTS EAST and/or possible negligent repair of the throttle cable by third party(s).

4. A copy of YACHTS EAST's proposed First Amended Answer and Affirmative Defenses is attached hereto as Exhibit "A."

5. Fed. R. Civ. P. 15(d) permits amended pleadings upon reasonable notice and upon such terms as are just. The policy behind Rule 15(d) is to permit amendments to pleadings in the interest of justice so that the merits of the case may be considered.

6. District Courts have broad discretion to grant or deny leave to amend. *Foman v. Davis*, 371 US 178, 83 S.Ct. 227 9 L. ed. 2d 222 (1962); *Forbus v. Sears Roebuck and Company*, 30 F. 3d 1402 (11th Cir. 1994).

7. In the absence of undo delay, bad faith, dilatory motive or undo prejudice leave to amend is routinely granted. *Id*.

8. No party will be prejudiced by the filing of additional affirmative defenses, nor does the undersigned seek to delay this case unnecessarily.

*YACHTS EAST, INC. v. M/V Enterprise*
Case No: 00-6072 CIV-ZLOCH

9. The undersigned certifies that he conferred with counsel for Counter Plaintiff M/V Enterprise in a good faith effort to resolve the issue raised in this Motion and has been unable to do so.

WHEREFORE, Plaintiff/Counter Defendant, YACHTS EAST, INC., respectfully request this Court grant its leave to amend affirmative defenses as set forth in its proposed First Amended Answer and Affirmative Defenses attached hereto as Exhibit "A."

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. Mail on this 14th day of September, 2000 to: **James W. Stroup, Esquire**, Attorney for Plaintiff, James W. Stroup, P.A., 119 S.E. 12th Street, Ft. Lauderdale, FL 33316 and **Christian D. Keedy, Esquire**, Attorney for Defendant CO Enterprise, Aran, Correa & Guarch, P.A., 710 S. Dixie Highway, Coral Gables, FL 33146.

COONEY, MATTSON, LANCE, BLACKBURN,
RICHARDS & O'CONNOR, P.A.
2312 Wilton Drive
P. O. Box 14546
Fort Lauderdale, FL 33302
Attorneys for Yachts East, Inc.
Phone: (954) 568-6669
Fax: (954) 568-0085

By: _____ FBN933304
ACE J. BLACKBURN, JR.
FBN: 347140

00-1119 AJB/DFT/tm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

    Plaintiff,

v.

*M/V Enterprise,* her engines, tackle, apparel
and other appurtenances, *in rem,* and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam,*

    Defendant.
_____/

### RENEWED FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

(Amends Affirmative Defenses Only)

Plaintiff/Counter-Defendant, YACHTS EAST, INC., through counsel files its First Amended Answer and Affirmative Defenses to Defendant's Counterclaim as follows:

#### ANSWER

1. Paragraphs 1, 2 & 3 are admitted.

2. Paragraphs 4, 5, 6, 7 & 8 are denied and strict proof demanded thereof.

#### AFFIRMATIVE DEFENSES

3. Defendant's counterclaim fails to state a cause of action.

# EXHIBIT A

*Yachts East, Inc., vs. M/V Enterprise et al*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

4.  Any incidental damage suffered by *M/V Enterprise* while in the possession of Yachts East was repaired in full with full knowledge of the vessel owner with no residual damage or reduction in value of the vessel.

5.  For further defense that *Yachts East* would state that it is not liable for *M/V Enterprise's* damage because the acts or conduct of another constitute and intervening cause which supercede any liability for acts or conducts of *Yachts East*. Specifically, said third party would be any entity that conducted repairs on the engine of the *M/V Enterprise* prior to July 1999. The identity or identities that performed prior repairs on the *M/V Enterprise* are not presently known to *Yachts East*.

6.  For further defense, Yachts East would state that its liability, if any, is limited by the provisions of the Florida Tort Reform Act of 1986, including but not limited to those provisions set forth in Florida Statutes §768.81

7.  For further defense, Yachts East would state that the M/V Enterprise caused or contributed to cause the damages of which the Enterprise now complains, and the Enterprise's claims are or must be reduced in accordance with the relative degree of fault of the Enterprise and/or its owners or representatives.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail on this _____ day of September, 2000 to: **James W. Stroup, Esquire**, Attorney for

*Yachts East, Inc., vs. M/V Enterprise et al*
Case No.: 00-6072-CIV-ZLOCH/SELTZER

Plaintiff, YACHTS EAST, INC., James W. Stroup, P.A., 119 S.E. 12th Street, Ft. Lauderdale, FL 33316 and **Christian D. Keedy, Esquire**, Attorney for Defendants M/V ENTERPRISE, CO ENTERPRISE & CHARLES OSBORN, Aran, Correa & Guarch, P.A., 710 S. Dixie Highway, Coral Gables, FL 33146.

        COONEY, MATTSON, LANCE, BLACKBURN,
        RICHARDS & O'CONNOR, P.A.
        2312 Wilton Drive
        P. O. Box 14546
        Fort Lauderdale, FL 33302
        Attorneys for Yachts East, Inc.
        (954) 568-6669 - Fax (954) 568-0085

    By: _____/s/ Ace J. Blackburn, Jr. FBN 347140_____
        ACE J. BLACKBURN, JR.
        Fla. Bar No.: 347140

00-1119 AJB/DFT/tm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

 Plaintiff,

v.

*M/V Enterprise,* her engines, tackle, apparel
and other appurtenances, *in rem,* and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam,*

 Defendant.
_____/

### MEMORANDUM OF LAW IN SURRPORT OF YACHTS EAST, INC.'S RENEWED MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES

Plaintiff/Counter Defendant, YACHTS EAST, INC., hereinafter referred to as "YACHTS EAST," through counsel, and submits the following Memorandum of Law in support of its Renewed Motion for Leave to Amend Affirmative Defenses.

### FACTUAL BACKGROUND

This case involves a dispute between a yacht repair company and a yacht owner. Plaintiff, YACHTS EAST, alleges it has not been paid for services rendered and Defendant, M/V ENTERPRISE claims that YACHTS EAST failed to properly failed to perform repairs on the vessel and is responsible for damage to the vessel that occurred while in the possession and control of YACHTS EAST.

*YACHTS EAST, INC. v. M/V Enterprise*<br>
Case No: 00-6072 CIV-ZLOCH

Subsequent to the filing of YACHTS EAST's Answer and Affirmative Defenses to M/V ENTERPRISES counterclaim, additional investigation revealed the existence of additional affirmative defenses relative to the vessel's negligence claim against YACHTS EAST. A copy of YACHTS EAST's proposed First Amended Answer and Affirmative Defenses is attached to Plaintiff's Motion as Exhibit "A."

## LAW AND ARGUMENT

Fed. R. Civ. P. 15(d) permits amended pleadings upon reasonable notice and upon such terms as are just. The policy behind Rule 15(d) is to permit amendments to pleadings in the interest of justice so that the merits of the case may be considered. Here, Counter-Defendant, YACHTS EAST is clearly entitled to the additional affirmative defenses in connection with Counter-Plaintiff's negligence claim.

District Courts have broad discretion to grant or deny leave to amend. *Foman v. Davis*, 371 US 178, 83 S.Ct. 227, 9 L. ed. 2d 222 (1962); *Forbus v. Sears Roebuck and Company*, 30 F. 3d 1402 (11th Cir. 1994). Further, in the absence of undo delay, bad faith, dilatory motive or undo prejudice leave to amend is routinely granted. *Id*.

No party to this action will be prejudiced by the filing of the proposed additional affirmative defenses since the discovery conducted to date has been minimal and no depositions have been taken.

Moreover, Plaintiff/Counter-Defendant, YACHTS EAST does not seek to delay this case and has no motive herein other than to have this matter tried fully on its merits. It is well within this Court's discretion to grant Defendant's Motion, especially at this stage of the case.

*YACHTS EAST, INC. v. M/V Enterprise*
Case No: 00-6072 CIV-ZLOCH

WHEREFORE, Plaintiff/Counter-Defendant, YACHTS EAST, INC., respectfully request this Court grant its Renewed Motion for Leave to Amend Affirmative Defenses as set forth in its proposed First Amended Answer and Affirmative Defenses attached as Exhibit "A" to Defendant's Motion.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. Mail on this 14th day of September, 2000 to: **James W. Stroup, Esquire**, Attorney for Plaintiff, James W. Stroup, P.A., 119 S.E. 12th Street, Ft. Lauderdale, FL 33316 and **Christian D. Keedy, Esquire**, Attorney for Defendant CO Enterprise, Aran, Correa & Guarch, P.A., 710 S. Dixie Highway, Coral Gables, FL 33146.

COONEY, MATTSON, LANCE, BLACKBURN,
RICHARDS & O'CONNOR, P.A.
2312 Wilton Drive
P. O. Box 14546
Fort Lauderdale, FL 33302
Attorneys for Yachts East, Inc.
Phone: (954) 568-6669
Fax: (954) 568-0085

By: _____
ACE J. BLACKBURN, JR.
FBN: 347140