UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CIV-ZLOCH

YACHTS EAST, INC.,
a Florida Corporation

       Plaintiff,

vs.

M/V ENTERPRISE, her engines, tackle,
apparel and other appurtenances,
in rem, and COENTERPRISE, LTD.,
and CHARLES OSBORN, in personam,

       Defendants
_____/

**O R D E R**



FILED by _____ D.C.

SEP 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Plaintiff/Counter Defendant Yachts East, Inc.'s Renewed Motion To Amend Affirmative Defenses (DE 16). The Court has carefully reviewed the merits of said Motion and has reviewed the entire court file herein.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend must be freely given when justice so requires. Fed.R.Civ.P.15(a). The Supreme Court has held that district courts are required to grant such leave to amend in the absence of reasons for denial such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc." Forman v. Davis, 371 U.S. 178, 182 (1962). The Eleventh Circuit has held that "unless there was a substantial reason to deny a leave to amend, the discretion of the district court is not broad enough to permit denial." Epsey v. Wainwright,



734 F.2d 748, 750 (11th Cir. 1984), (quoting <u>Dassouy v. Gulf Coast Investment Corp.</u>, 660 F. 2d 594, 597 (5th Cir. 1981)).

There appears no reason for this Court to deny the Plaintiff/Counter Defendant's aforementioned Motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Plaintiff/Counter Defendant's Renewed Motion To Amend Affirmative Defenses (DE 16) be and the same is hereby **GRANTED**. The Plaintiff/Counter Defendant, Yachts East, Inc.'s First Amended Answer and Affirmative Defenses to Counterclaim attached thereto is hereby deemed timely filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___19th___ day of September, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Daniel F. Tordella, Esq.
James W. Stroup, Esq.
For Plaintiff

Christian D. Keedy, Esq.
For Defendant