UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

YACHTS EAST, INC., A Florida Corporation        CASE NO: 00-6072-CIV-ZLOCH

    Plaintiff                                          MAGISTRATE: JUDGE SELTZER

v.

M/V *Enterprises*, her engines, tackle, apparel         DEFENDANTS' MOTION FOR
and other appurtenances, *in rem*, and CO               PROTECTIVE ORDER
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam*,

    Defendant                    /

COME NOW the defendants, *M/V Enterprises*, her engines, tackle, apparel and other appurtenances, *in rem*, and CO ENTERPRISE, LTD., and CHARLES OSBORN, *in personam*, by and through their undersigned counsel, and files its motion for extension of time to complete the deposition of the corporate representative of Co Enterprise, Ltd. pending conclusion of the presently pending settlement arrangements.

                    Respectfully submitted,

                    CHRISTIAN D. KEEDY, ESQ.
                    ARAN, CORREA & GUARCH, P.A.
                    Counsel for Defendants
                    710 South Dixie Highway
                    Coral Gable, Florida 33146
            Telephone: (305) 665-3400 Facsimile: (305) 665-2250

                    By: _____
                        Christian D. Keedy, P.A.
                        Fla. Bar No. 151619



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed to the parties listed below on this December 19, 2000.

_____
Christian D. Keedy, P.A.

*Counsel for Plaintiff*
James W. Stroup, Esq.
James W. Stroup, P.A.
119 SE 12th Street
Ft Lauderdale, Fl 33316
Tel: 1-954-462-8808  Fax: 1-954-462-0278

Don A. Lynn, Esq.
Shutts & Bowen LLP
1500 Miami Center
201 S Biscayne Boulevard
Miami, FL 33131    TEL: 305-358-6300
FAX: 305-381-9982

*Counsel for Counter-Defendant/Plaintiff*
Ace J. Blackburn, Jr., Esq.
Daniel Tordella, Esq.
Cooney, Mattson, Lance, Blackburn,
Richards & O'Connor, P.A.
2312 Wilton Drive, Ft Lauderdale, FL 33302
Tel: 1-954-568-6669 Fax: 1-954-568-0085

```
          MESSAGE CONFIRMATION

                                  12/19/2000  16:58


DATE       S,R-TIME   DISTANT STATION ID   MODE    PAGES   RESULT

12/19      01'01"     954 462 0278                  04     OK     0000
```

```
          MESSAGE CONFIRMATION

                          12/19/2000  17:00


DATE      S,R-TIME   DISTANT STATION ID   MODE    PAGES    RESULT

12/19     00'59"     954 568 0085                  04      OK      0000
```

```
              MESSAGE CONFIRMATION

                                    12/19/2000  17:06


DATE       S.R-TIME   DISTANT STATION ID   MODE    PAGES   RESULT

12/19      01'06"     S     & B     LLP            04      OK      0000
```