DEC 2 7 2000

CLERENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CIV-ZLOCH

YACHTS EAST, INC., a
Florida corporation,

        Plaintiff,

vs.

M/V ENTERPRISE, her engines,
tackle, apparel and other
appurtenances, *in rem*, CO
ENTERPRISE, LTD. and CHARLES
OSBORN,

        Defendants.
_____/

**ORDER RESETTING**
**PRE-TRIAL CONFERENCE**

THIS MATTER is before the Court sua sponte. The Court having carefully reviewed the entire Court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The above-styled cause is hereby **RESET** for Pre-Trial Conference on **Friday, February 2, 2001,** at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

19

TIME SCHEDULE

**SEVENTEEN** days prior to P-T Conf.   -   Attorneys must meet
**FIFTEEN** days prior to P-T Conf.     -   Resume of experts must be completed and their reports must be exchanged
**FIVE** days prior to P-T Conf.        -   ALL discovery must be completed

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.**

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida on or before January 19, 2001.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _27th_ day of December, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

James Weller Stroup, Esq.
For Plaintiff

Christian David Keedy, Esq.
For Defendants

2