00-1119 AJB/DFT/nm

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## IN ADMIRALTY

### CASE NO: 00-6072-CIV-ZLOCH/SELTZER

YACHTS EAST, INC., A Florida Corporation,

    Plaintiff,

v.

*M/V Enterprise*, her engines, tackle, apparel
and other appurtenances, *in rem*, and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam*,

    Defendant.


_____/

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

YACHTS EAST, INC., A Florida Corporation, Plaintiff, and *M/V Enterprise*,

her engines, tackle, apparel and other appurtenances, *in rem*, and CO ENTERPRISE,

LTD., and CHARLES OSBORN, *in personam*, Defendants, through their undersigned

counsel, acknowledge that all matters in dispute related to the above captioned case

have been settled, stipulate and move that this case, including the complaint and the

counterclaim, be dismissed with prejudice. All parties agree to bear their own costs

and attorneys' fees.



*Yachts East, Inc. vs. M/V Enterise*
Case No.: 00-6072-CIV-ZLOCH-SELTZER

Dated: December 29, 2000

| | |
|---|---|
| COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.<br>Attorneys for Yachts East, Inc.<br>2312 Wilton Drive<br>P. O. Box 14546<br>Fort Lauderdale, FL 33302<br>(954) 568-6669 – Fax (954) 568-0085<br><br>By _____<br>DANIEL F. TORDELLA<br>Florida Bar No: 988804 | ARAN, CORREA & GUARCH, P.A.<br>Attorneys for M/V Enterprise. CO Enterprise and Charles Osborne<br>710 South Dixie Highway<br>Coral Gables, Florida 33146<br>(305) 665-3400 – Fax (305) 665-2250<br><br>By _____<br>CHRISTIAN D. KEEDY<br>Florida Bar No: 151619 |

JAMES W. STROUP, P.A.
Attorneys for Yachts East, Inc.
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
(954) 462-8808 Fax (954) 462-0278 fax

By _____
JAMES W. STROUP
Florida Bar No: 842117