UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CIV-ZLOCH

YACHTS EAST, INC., a Florida
corporation,

        Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

*M/V Enterprise*, her engines,
tackle, apparel and other
appurtenances, *in rem*, and CO
ENTERPRISE, LTD., and CHARLES
OSBORN, *in personam*,

        Defendants.
_____/

        THIS MATTER is before the Court upon the Joint Motion For
Dismissal With Prejudice, bearing file stamp of the Clerk of the
Court dated January 2, 2001, filed herein by the Plaintiff, Yachts
East, Inc., and the Defendants, *M/V Enterprise*, CO Enterprise, Ltd.
and Charles Osborn. The Court having carefully reviewed said Joint
Motion and after due consideration, it is

        **ORDERED AND ADJUDGED** as follows:

        1.    The Joint Motion For Dismissal With Prejudice filed
herein by the Plaintiff and Defendants be and the same is hereby
approved, adopted and ratified by the Court;

        2.    The above-styled cause be and the same is hereby



**DISMISSED** with prejudice, each party to bear their own attorneys' fees and costs; and

3.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2001.


_____
WILLIAM J. ZLOCH
Chief United States District Judge


Copies furnished:

James W. Stroup, Esq.
Daniel F. Tordella, Esq.
For Plaintiff

Christian D. Keedy, Esq.
For Defendants

2